# INDEX OF EXHIBITS

EXHIBIT 1 – Long post by Defendant Grady with multiple examples of Libel/Defamation *per se.*

EXHIBIT 2 – E-mail exchange with Defendant Palmer when she believed I was a third party sympathizer in which she very strongly hints "Paul Krendler" is Defendant Grady.

EXHIBIT 3 – Defendant Grady's blog post of April 13, 2015, written under the pseudonym Paul Krendler, discussing an event only Grady and Plaintiff would know about. Submitted as proof that "Krendler" and Grady are one and the same.

EXHIBIT 4 – Two nearly identical blog posts, one from Pseudonymous Paul Krendler, dated July 22, 2014, the other from Defendant Grady, dated November 29, 2011. Submitted as proof that "Krendler" and Grady are one and the same.

EXHIBIT 5 -- Two nearly identical blog posts, one from Pseudonymous Paul Krendler, dated July 30, 2014, the other from Defendant Grady, dated December 13, 2011. Submitted as proof that "Krendler" and Grady are one and the same.

EXHIBIT 6 -- Two nearly identical blog posts, one from Pseudonymous Paul Krendler, dated August 27, 2014, the other from Defendant Grady, dated November 12, 2010. Submitted as proof that "Krendler" and Grady are one and the same.

EXHIBIT 7 – Email sent to a third party's wife containing a photo taken with late wife's approval two weeks before her death, in hopes that she would share with her husband that the person she was mocking was a flesh and blood, dying human being.

EXHIBIT 7 – A sampling of Defendant Grady's use of the photo after it was made public by Defendant Hinckley against Plaintiff's wishes, and violating Plaintiff's copyright.

EXHIBIT 8 – Screen caps from the website defaming Plaintiff and smearing the memory of Plaintiff's wife, http://turdsrfood.com

EXHIBIT 9 – Examples of Defendant Palmer taking Plaintiff quotes out of context and twisting their meaning.

EXHIBIT 10 – Numerous published comments by Defendant Johnson falsely accusing Plaintiff of being a child pornographer.

EXHIBIT 11 – A post by Defendant Grady, published two days before Plaintiff signed his apartment lease, showing an overhead shot of the apartment complex.

EXHIBIT 13 – Emails from Defendant Johnson to Ms. Cindy Lopez, apartment manager of the Juniper Courts complex.

EXHIBIT 13 – Numerous Defamatory Comments made by John Doe and Jane Roe Defendants.

EXHIBIT 14 – Potentially libelous, false statements given for publication by Defendant Deeley, Grants Administrator and Office Manager at Defendant, The William G. Irwin Charity Foundation in San Francisco, CA. (Some made, apparently, during work hours on Foundation time and equipment.)

EXHIBIT 15 -- Potentially libelous, false statements given for publication by Defendant Gilly.