**EXHIBIT 2 – E-mail exchange with Defendant Palmer when she believed I was a third party sympathizer in which she very strongly hints "Paul Krendler" is Defendant Grady.**

# Sarah Iscariot? Errant E-mails Expose Evil Enterprise

Posted about 4 hours ago | 0 comment



WJJ Hoge III, Patrick Grady and George M. Howell can thank their friend "Sarah A" aka "Ashterah" aka "Dread Pirate Zombie Morgana" who apparently thought she was sharing messages with Mr. Howell. She was not. The e-mail address she used to respond to a note from Howell yesterday was actually my e-mail, TheReluctantHuman@gmail.com.

And OH! The information she revealed.

It is not necessary for our purposes to further identify Sarah, other to say that she's a woman looking for love.

## Ashterah

44 year old woman | Reidsville, NC, USA | Seeking men 38-50 within 100 miles

Active within 1 hour



Let them know you want to see them!

**Photo Request**

✉ EMAIL HER

★ FAVORITE HER

☺ WINK FOR FREE

☕ MEET AT STARBUCKS

Ⓐ See more like her

! Report a concern

### About    Photos

### Her details

| | |
|---|---|
| Relationship: | Currently Separated |
| Have kids: | Yes, and they sometimes live at home (2) |
| Wants kids: | Not sure |
| Ethnicity: | White / Caucasian |
| Body type: | Curvy |
| Height: | 5'8" (172cms) |
| Faith: | Christian / Catholic |
| Smoke: | No Way |
| Drink: | Moderately |

"Haven't dated since high school and feel out of my element. Looking to expand my friend list and hopefully find love."

### In her own words

"I'm 45 years old and starting life anew. I have eclectic interests, read more than I probably ought to and want to see more of the world. I'm looking for someone with common interests who wants to share their life with me and have some fun. If it leads to more, then even better! In the end, I just want to be with someone who wants to be with me."

This morning on arising and after tending to Gail, I opened my e-mail and saw this.

Hi George!

This morning on arising and after tending to Gail, I opened my e-mail and saw this.

Hi, George!

It's Ashterah/Morgana/Morticia. Or just call me Ash. lol That would be short and to the point. Anyway, dropping you a line as you requested. I probably won't get back to this until tomorrow. I just want to abide by any conditions you have on anything. Something is percolating in my brain for a post, but I don't want to draw anyone into this any more than they want to be.

Thanks!

Ash

Sent from Windows Mail

Being early in the morning, the full significance of this didn't hit me until a bit later. Here was this lickspittle, this insider in the Hoge/"Krendler" circle who thought she was writing to George M. Howell. So, rather than pull the plug, I continued the conversation.

> Hi, Ash.
>
> Drop me a line whenever you get a moment and tell me your idea.

Which she did.

**Sarah A**
To: thereluctanthuman@gmail.com
Re: Mail from Schmalfeldt

Actually I just recieved my own extortionate email from the blob. I'm going to be taking a very personal tact now. Lol

Sent by Outlook for Android

Ah. An extortionate e-mail. She was talking about my response to a post on Billy Sez demanding an apology for suggesting that the little zombie princess sounded like someone who had a "naughty daddy." Well, this would naturally make George Howell curious.

**ReluctantHuman**
To: Sarah A
Re: Mail from Schmalfeldt

Today at 12:37 PM
Archive - Reluctant Human (All Mail)



How did he extort you?

**Sarah A**
To: thereluctanthuman@gmail.com
Re: Mail from Schmalfeldt

Today at 1:05 PM



I'm forwarding it to you and to David. I'm not inclined to keep things private anymore.

Sent from Windows Mail

Good. Good. Let the poison out and the wound will heal.

**Sarah A**
To: David Edgren, thereluctanthuman@gmail.com
Fw: My apologies

Today at 1:06 PM



This is what he sent. I am livid. It is not an apology by any sort of the word.

Sent from Windows Mail

Sent from Windows Mail

**Weltschmerz** 
To: zombiemorgana@outlook.com, Sarah A
My apologies

Today at 12:05 PM
Sent - Weltschmerz

Hi there, Morgana. Or Morticia. Or Ashterah, or Ash, or "Sarah A" — it all gets so confusing, so please advise me as to how you wish to be addressed.

That's what makes using one's own name so simple — you don't have to remember which character you're playing at any particular moment. I'm always just "Bill."

I'm assuming Patrick Grady is defending your honor. Good on him. And if you were not the stinky skank in the courtroom (which I know you were not since your Match.com profile describes you as "blonde" and "curvy"), then I apologize for that as well. When one's adversaries are not brave enough to use their real names when attacking, then it's easy to get all the players jumbled up... especially since a lot of the various players tend to turn out to be the same person.

I know who you are, Sarah, but I don't wish you any harm. You have been a mild annoyance, a follower led by a leader who will be going down in flames very shortly. (And if you want to advise George or Pat or John to call their local constabularies and ask whether or not arrest warrants in their names are outstanding, you should feel free to do that.)

What I wrote was not slanderous. What I wrote was mild and G-rated compared to some of the filth you and yours have thrown at me. Pictures of Gail as a decomposing corpse? Really? Can't we even let the poor woman die before we mock her death. She's in home hospice now, drifting in and out of this world. But if you were, in fact, abused by a "naughty daddy", it would explain a lot of the hate you have. Someone very close to me in the generation before mine was touched by a "naughty daddy", a fact that wasn't revealed for decades and then required years of therapy to get past.

Now, if you were offended by my question about your "daddy," then please excuse me. I may have asked that on the same day as your evil leader made a remark about my wife's impending death. Things like that make me angry. And when I get angry, sometimes I visit a court commissioner and get arrest warrants sworn out.

Sometimes.

Now, is this the e-mail address you prefer I use to contact you, Sarah? Or do you prefer scorchedashes@outlook.com. Do you have another e-mail I can use? And is your name really Sarah Ashleigh? Don't worry about being doxxed. You have my word as long as you behave yourself and answer my questions with respect.

Mr. Hoge, Mr. Grady and Mr. Howell are facing serious charges for the "forged letter" incident. Three felonies, one of which has a two year minimum sentence. Four misdemeanors. No, the charges are not on Maryland Judiciary Case Search. They don't publish outstanding warrants until they are served.

Now, as to whether or not you can publish this e-mail. You may write, "Mr. Schmalfeldt responded to the post, was polite, and apologized for suggesting that one of my personalities may have been sexually abused as a child." Anything more than that would be taken as a direct insult and will be dealt with in ways I will leave to your vivid imagination.

So, then, Sarah. I hope this answers any issues you may have. I might suggest you open a direct dialogue with me. You will find me to be polite when dealt with politely. If you are civil, civility will be your reward. Filth will be met with filth.

Consider your options, and thank you.

Bill

OK, Sarah is pissed. Time to work her for some information.

**ReluctantHuman**
To: Sarah A
Re: My apologies

Today at 1:10 PM
Sent - Reluctant Human

Is there anyone else you want to send this to? I don't see anything other than just the blob being a snarky asshole. Should I forward a copy of this to PG? I will leave that up to you.

I didn't want to come right out and say "Patrick Grady" as I didn't want to scare her off. But she wasn't scared. She was talking to her friend, George Howell.

**Sarah A** 
To: thereluctanthuman@gmail.com
Re: My apologies

Today at 1:31 PM

Forward away. Send it far and wide. I honestly don't care. The more people who see his fuckery the better. Makes me kind of wish I still had a security clearance. I would LOVE to sic my security officer on him. Lol

Sent from Windows Mail

I created a new e-mail account and tried to use it to get invited to her secret WordPress website.

**Sarah A** 
To: thereluctanthuman@gmail.com
Re: My apologies

Today at 1:32 PM

And just so you know, I don't allow anyone to my private site so I'm going to decline your request. It's a collection of things I'm writing about my divorce for my children. So don't take it personally. 

No problem. Time to push a bit harder.

**ReluctantHuman**
To: Sarah A
Re: My apologies

Today at 1:32 PM
Sent - Reluctant Human

Will do. And I agree. This looks like the sort of thing Pat can best work his magic with.

Or are you going to address it?

OK, we've gone from PG to Pat. And I told a little white lie.

**ReluctantHuman**
To: Sarah A
Re: My apologies

Today at 1:35 PM
Sent - Reluctant Human

Understood. Good luck with all that.

I've forwarded a copy to Hoge, Grady, Grace, and Nancy. I don't know Jane's e-mail, and I don't want to post it on Twitter.

She confirmed that the PG I was referring to as Pat was who I thought it was.

**Sarah A**
To: thereluctanthuman@gmail.com
Re: My apologies

Today at 1:35 PM

I'm going to do something with it I think. But if Pat wants to do something, he is more than welcome to. Or perhaps we can do something jointly.

Sent from Windows Mail

OK, now to get her to confirm that we're talking about Patrick Grady, and not Pat Nixon.

**ReluctantHuman**
To: Sarah A
Re: My apologies

Today at 1:36 PM
Sent - Reluctant Human

Grady has this way of getting under the blob's slimy skin.

Confirmed.

**Sarah A**
To: thereluctanthuman@gmail.com
Re: My apologies

Today at 1:37 PM

Why yes, yes he does. lol. I'm the one that's better at fisking the legal documents.

Sent from Windows Mail

**ReluctantHuman**
To: Sarah A
Re: My apologies

Today at 1:37 PM
Sent - Reluctant Human

All that legal stuff goes over my head mostly.

**Sarah A**
To: thereluctanthuman@gmail.com
Re: My apologies

Today at 1:38 PM

It's where I get my most fun, truthfully. I'm a little bit crazy that way. lol

Sent from Windows Mail

Right. In THAT way. Now, to see if I could get her to incriminate Howell for his part in the mailing of the forged letter.

> **ReluctantHuman** — Today at 1:40 PM
> To: Sarah A
> Re: My apologies
>
> Do you think he really got warrants for me, John and Patrick or would I be wasting my time to call the sheriff to see if it's true?

> **Sarah A** — Today at 1:59 PM
> To: thereluctanthuman@gmail.com
> Re: My apologies
>
> I would call. With him you never know. I just want you to be safe and have peace of mind. They would have to tell you if you have a warrant out.
>
> Sent from Windows Mail

> **ReluctantHuman** — Today at 2:00 PM
> To: Sarah A
> Re: My apologies
>
> I think I will wait until tomorrow. Then, if there is one, I can deal with it then.

At this point, I'm feeling greedy and want to get as much as I can.

> **ReluctantHuman** — Today at 2:10 PM
> To: Sarah A
> Re: My apologies
>
> Well, I decided to call. The Montgomery County Sheriffs Office said not at this time, but maybe tomorrow. Then they started asking questions, so I just hung up. I wonder if that was a mistake. I wish I hadn't agreed to mail that letter for Patrick. It seemed like an innocent prank at the time, but now I'm wondering if I'm going to get in serious trouble about it.
>
> See More from Sarah A

Ever helpful, "Ashterah" tries to calm George's jittery nerves.

> **Sarah A** — Today at 2:12 PM
> To: thereluctanthuman@gmail.com
> Re: My apologies
>
> It wasn't evidence in a criminal matter. It was civil. Mountain, meet molehill. And it's all circumstantial anyway.
>
> Sent from Windows Mail

Perhaps. Until this afternoon when Sarah confirmed that Patrick sent the letter to George, who sent it to Hoge.

Which reminds me, I have one more piece of the puzzle to fill before I publish this. We'll get to that later.

> **ReluctantHuman** — Today at 2:14 PM
> To: Sarah A
> Re: My apologies
>
> Well, I guess I'll worry about it when I have to worry about it. Anything else I can do for you?
>
> See More from Sarah A

> **Sarah A** — Today at 2:21 PM
> To: thereluctanthuman@gmail.com
> Re: My apologies
>
> Nah I'm good. But thank you. Let me know if I can do anything for you.
>
> Sent from Windows Mail

> **ReluctantHuman** — Today at 2:22 PM
> To: Sarah A
> Re: My apologies
>
> Will do. And thanks for getting back to me.

> **Sarah A** — Today at 2:23 PM
> To: thereluctanthuman@gmail.com
> Re: My apologies
>
> Of course! We're all in this together now. The Musketeers! lol
>
> Sent from Windows Mail

Now, let's see if we can't tie up that one loose end.

> **ReluctantHuman** — Today at 3:21 PM
> To: Sarah A
> Re: My apologies
>
> Speaking of that, I love John. But if the blob really has taken out warrants do you think Mr. Hoge will take responsibility for his part in all of this? Patrick told me that he did the letter as a favor for Hoge because Hoge asked him to. Do you think he would leave me and Patrick hanging?

> **ReluctantHuman** — Today at 3:30 PM
> To: Sarah A
> Re: My apologies
>
> I don't mean to sound all weak-kneed or anything like that, but I've had more than enough trouble with Maryland courts already, liens, lawsuits, contempt, suspended license, and new trouble I really do not need.

There's a nibble. The bobber dips under the water's surface...

> **Sarah A** — Today at 3:34 PM
> To: thereluctanthuman@gmail.com
> Re: My apologies
>
> You don't sound that way at all. I, too, am worn out by the court system, although in California. My daughter was accused of shaking my grandson. I've been through more than a year of hell with them. And now I'm at the end of a year of hell with my soon-to-be ex-husband. And we haven't even started with the court that will be necessary there. I fight Bill because he is evil, but I have no interest in being involved in our "justice" system. I will if I have to, but I would prefer not.
>
> Sent from Windows Mail

**Sarah A**  
To: thereluctanthuman@gmail.com  
Re: My apologies  

Today at 3:34 PM

Oh lordy. I just saw this part. I don't think he would though.

**ReluctantHuman**  
To: Sarah A  
Re: My apologies  

Today at 3:36 PM  
Sent - Reluctant Human

Sorry, but I can read that two ways, as in you don't think he would take responsibility, or that you don't think he would leave us hanging.

I hope you meant the second one. lolol

And...

**Sarah A**  
To: thereluctanthuman@gmail.com  
Re: My apologies  

Today at 3:37 PM

Yes, the second! lol

I'm going to the mall so that David's post can percolate in the Blob's brain.

**ReluctantHuman**  
To: Sarah A  
Re: My apologies  

Today at 3:42 PM  
Archive - Reluctant Human (All Mail)

Ha! IF he had one! lol

See More from Sarah A

...THE FISH IS IN THE BOAT!

Have fun at the mall, Ms. Iscariot. In one day, you have confirmed that Patrick Grady sent the forged letter to George Howell who mailed it to WJJ Hoge with Hoge's knowledge. NICE WORK.

I will send a copy of this post to the Howard County State's Attorney's office;