**EXHIBIT 6 -- Two nearly identical blog posts, one from Pseudonymous Paul Krendler, dated August 27, 2014, the other from Defendant Grady, dated November 12, 2010. Submitted as proof that "Krendler" and Grady are one and the same.**

# Timeless Truth

**Posted:** August 27, 2014 | **Author:** Paul Krendler | **Filed under:** Commentary, Impulse Control, Life Skills | **Tags:** Commentary, Impulse Control, Life Skills | 1 Comment

  

1925: Napoleon Hill explains in his motivational masterpiece, **Think and Grow Rich**, that the secret to gaining wealth is to set up in your mind a "definite major purpose," to intensify that purpose into a desire, and to "concentrate upon a given desire until that desire becomes a burning obsession."

1946: **Man's Search For Meaning**, Dr. Viktor Frankl's memoir of concentration camp survival and the meaning he gleaned from it, offers these lessons:

- Quoting Nietzsche, he reminds us, "He who has a why to live can bear with almost any how."
- "When we are no longer able to change a situation – just think of an incurable disease such as inoperable cancer – we are challenged to change ourselves."

2001: Jim Collins' bestseller, **Good To Great**, details a conversation with Admiral James Stockdale, who spent several years in Vietnam as a P.O.W in the Hanoi Hilton. His ultimate lesson for survival, which has come to be known as the Stockdale Paradox:

> "You must never confuse faith that you will prevail in the end—which you can never afford to lose—with the discipline to confront the most brutal facts of your current reality, whatever they might be."

2003: Aron Ralston went hiking Blue John Canyon in Utah, when a boulder shifted and pinned his arm to the canyon wall. After almost a week alone, dehydrated and anticipating death, he used a dull multi-tool and a lot of determination to amputate his own arm and hike toward rescue. The movie *127 Hours* details his story and how that episode has changed his life.

These true stories intersect across a century at the point where desperation, self-control, desire and success come together. There is no limit to what you can accomplish if your mind is properly prepared. So don't waste any time; get out there! Get ready!

Your moment is coming.

**Timeless Truth**
Posted on November 12, 2010

1925: Napoleon Hill explains in his motivational masterpiece, Think and Grow Rich, that the secret to gaining wealth is to set up in your mind a "definite major purpose," to intensify that purpose into a desire, and to "concentrate upon a given desire until that desire becomes a burning obsession."

1946: Man's Search For Meaning, Dr. Viktor Frankl's memoir of concentration camp survival, and the meaning he gleaned from it, offers these lessons:

- Quoting Nietzsche, he reminds us, "He who has a why to live can bear with almost any how."
- "When we are no longer able to change a situation — just think of an incurable disease such as inoperable cancer — we are challenged to change ourselves."

2001: Jim Collins' bestseller, Good To Great, details a conversation with Admiral James Stockdale, who spent several years in Vietnam as a P.O.W in the Hanoi Hilton. His ultimate lesson for survival, which has come to be known as the Stockdale Paradox:

"You must never confuse faith that you will prevail in the end—which you can never afford to lose—with the discipline to confront the most brutal facts of your current reality, whatever they might be."

2003: Aron Ralston went hiking Blue John Canyon in Utah, when a boulder shifted and pinned his arm to the canyon wall. After almost a week alone, dehydrated and anticipating death, he used a dull multi-tool and a lot of determination to amputate his own arm and hike toward rescue. The movie 127 Hours details his story and how that episode has changed his life.

These true stories intersect across a century at the point where desperation, self-control, desire and success come together. There is no limit to what you can accomplish if your mind is properly prepared. So don't waste any time; get out there! Get ready!

Your moment is coming.