**EXHIBIT 7 – A email sent to the wife of a third party in an attempt to point out the humanity and frailty of his wife.**

Dear Ms. Hinckley:

I am sorry to be the bearer of such distressing news. But as your husband was one of the people suggesting my wife's death was a scam that I was trying to pull on people, I felt you deserved to see this picture.



This was on June 2, 15 days before she died at home. Here's how she looked as a healthy woman.





**Grace**
June 19, 2015 at 10:36 am

*Ash, Grace, Jane, Howard, Kyle, Pablo, NL, AJ, samk and others who piled on during this time of loss.*

1. RIP, GS.*

* (If she's even dead, and it's not simply another sick-and-twisted lie courtesy of the lying liar.)

2. GFY, BS.

(Until this very post, I have not commented on jackshit during the demented liar's "time of loss." In fact, I would hold up the silent respect I've shown for his "beloved's" passing* (see above) against his disgusting display ANY day ALL day.)

*Bill Schmalfeldt. Out.*

As the lying, demented freak comments seven (and, counting) more times. Liar.



**agiledog**
June 19, 2015 at 10:40 pm

RE: Grace's point 1. I second her footnote. Until we have proof, I would assume Blob is trying to scam you all, just like has been done to him so many times (which he fell for every time). I think he has finally learned something from all of it, and is trying his own hand at it.

I realize Grace's avatar is hard to see. Here it is.

### Grace

JSON  XML  PHP  VCF  QB
Report Abuse



Yes, that is a picture of my wife, who died two weeks ago tomorrow. Scott thinks my grief is hilarious.

I realize it probably comes as a shock to you that your husband could behave like this. But when you click the link under "agiledog" in his comments, it takes you to his old "agiledog.wordpress.com" blog, in which he discusses his dog, Bryn Mawr's All Rev'd Up. What are the chances of my being wrong about the identity? How many dogs look like that and have that name?

Ms. Hinckley, I intend to sue your husband unless I get an admission and an apology from him. I am sorry for the pain and suffering that may cause you, but consider the pain and suffering caused by your husband and his internet pals.

You can reach me via this e-mail address.

Bill Schmalfeldt
Elkridge, MD