**EXHIBIT 8 – Screen caps from the website defaming Plaintiff and smearing the memory of Plaintiff's wife, http://turdsrfood.com**



Posted on November 7, 2015 by Paul Krendler-Clone



Impatient Billy is IMPATIENT

Posted on **November 25, 2015** by **Paul Krendler-Clone**






List Price: $10.00

This title is currently on hold. This title has been retired and is no longer for sale.

Confessions of an Internet Troll? More like Confessions of a DUMBFUCK!

Posted on **November 25, 2015** by **Paul Krendler-Clone**

  **The Merry Widower**
@TheMerryWidower

 Follow

What does it say about ▉'s mental status that he boasts on his blog that he's sifting through my old, deleted blogs? ▉ ▉ #OCD

1:21 AM - 25 Nov 2015



Posted on **November 24, 2015** by **Paul Krendler-Clone**



We know Bill Schmalfeldt was online attacking people literally while Gail Schmalfeldt was still warm.

We know Bill Schmalfeldt offered to send pictures of Gail Schmalfeldt's fresh corpse to complete strangers,

Posted on **November 25, 2015** by Paul Krendler-Clone

  **The Merry Widower**
@TheMerryWidower



What does it say about ▆▆▆'s mental status that he boasts on his blog that he's sifting through my old, deleted blogs? ▆▆▆
▆▆▆ #OCD

1:21 AM - 25 Nov 2015





Posted on **November 22, 2015** by Paul Krendler-Clone



Posted on **November 21, 2015** by Paul Krendler-Clone

 **The Merry Widower** @TheMerryWidower · 8h
FIFY, Bill sweetie.



7:37 AM - 19 Nov 2015 · Details

Posted on **November 21, 2015** by **Paul Krendler-Clone**



**The Merry Widower** @TheMerryWidower · 16h
SERIOUSLY? You have your DYING ZOMBIE WIFE looking like a rotten weiner as your FACEBOOK COVER GIRL? @TheBitchIsDead

**Gail Schmalfeldt talks about her first time ButtfuckedByBilly**

0 people like this post                                    4 months ago

Gail Schmalfeldt talks about her first time

Gail: My first time getting buttfucked by Billy was in a trailer outside Elkridge Maryland.

Interviewer: Wasn't it a little cramped?

Gail: No. Billy's cock is as mushy as a puddingblob, so he just used a shoehorn and stuffed it right in!

Interviewer: I see. You must tell me all about it.

Gail: I never really expected Billy to want to buttfuck me, but then after he saw me in that Cub Scout uniform, he figured "What the hell?"

Interviewer: A Cub Scout uniform? Isn't that a little pedo?

Gail: Billy's always been fixated on anal sex with boys. I guess a woman can get used to anything.

Interviewer: Go on.

Gail: We were drunk off our asses on Ripple, ginger ale and soda—that's called an Anal Evacuator—at the time. And Billy said I looked better than a PayPal whore with a $100 donation.

Interviewer: Anal in the trailer with Billy. How interesting. Well, how was it?

Gail: The shoehorn was great but Bill pissed up my butt when it was time for him to come.

Interviewer: Did you ever try it again?

Gail: Sure. Lots of times. But not in the trailer. Between Bill and his shit, the flies were too much to bear.

Interviewer: We meant the Ripple.

Gail: Oh, yeah, I always get sloshed before I let Bill near my pootyhole. You don't think I could put up with all his Parky shit sober do you?

Ripple, like all liquor, was made to mix you up. It's a light, 48-proof, refreshing spirit, just mild enough to make you drink too much before you know you're schnockered. For your first time, mix it with orange juice. Or maybe some white wine. Then you won't remember anything the next morning. Ripple. The mixable that smarts. Just take it from Gail Schmalfeldt.

**The Merry Widower**
@ImGladTheBitchIsDead

Follow

Ever wonder why there are no recent pictures of Gail Schmalfeldt? Stop wondering @thebitchisfuckingDEAD



12:28 PM - 20 Nov 2015