# EXHIBIT 9 – Examples of Defendant Palmer taking Plaintiff quotes out of context and twisting their meaning.

← Franz Lehar is Glad That He is Dead
Even with a "Roadmap," Bill Schmalfeldt Gets Lost →

# Bill Thinks Threats Are Reasonable – And Is Then Bewildered With the Response In Return

Posted on December 11, 2015 by The Dread Pirate Zombie

ZOMG you guys! He's doing it AGAIN! Is it a day that ends in a "Y"?

That article, which can be found HERE is the beginnings of Billy trying, yet again, to doxx me. And guess what! Maybe he FINALLY FOUND THE REAL ME! Oh Noes! Whatever shall I do? Wherever shall I go? I'm skeert! I must do EVERYTHING HE SAYS!!!!!1!!1

No, not really, actually. lol

But Bill is MAD about SoMEthiNG! and he's gonna take it out on ME! Because I'm the one who quotes him accurately, and then adds my little bits of commentary and allows you zombie horde members to have some fun pointing and laughing.

Ew. Beds made and ready for sleeping? That doesn't sound creepy Bill. Not in the slightest, no, no, no.

Bill, you seem to think that anything that makes you mad is defamation. You said the words. YOU SAID THEM. And I usually try my best to keep them in a reasonable amount of context, although some things just need to be pull-quoted to stand on their own because they are just that LULZY.

In no meaning of the word is quoting your words defamation. Neither is making up hilarious riffs on them. Neither is twisting them, although we really don't need to do that with you, now do we? You do it well enough yourself. And having my own opinion of your words and expressing it isn't defamation either.

You have never been reasonable, at least not in the interactions with you that I have observed nor in the ones we have had personally. Because behind everything you say is malevolence and a sense of "I want you to do what I want you to do OR ELSE." People tend to have bad reactions to that, Bill.

As to Eric. It is his OPINION that you are selling kiddie porn. Me? I can see where it would be classified as kiddie porn, but not that it would get a person necessarily arrested. I might *wish* that was the case, but you can't have everything in this life, you know? And yes, you are selling it from your apartment. So, since it is his opinion plus a truth, guess what? He gets to say it.

As to Krendler? Aren't you the one who supposedly STARTED Thinking Man's Zombie? Aren't you Krendler? You are mad at YOURSELF for starting something and then foolishly

handing it over to someone else. I mean, you said so both in your book and on your blog. Yeah, that's really going to go over well when you try to sue Krendler, yet again, for something that you said you did. You just really know how to fuck yourself over, don't you? And you do it so well and so thoroughly I'm surprised you aren't begging yourself for mercy. Then again, maybe you are begging yourself for something, just not what a normal person would... Oh dear lord. I need brain bleach now. *shudder*

Your protestations that you wanted to leave everything all behind when you left Maryland? Yeah, if I'm remembering correctly, I went COMPLETELY DARK. Until you decided to start up again with people. I was HAPPY to not have to document your assininity. Very, very happy. I would like to be happy again Bill. And you are keeping me from true happiness! QUIT DOING WHAT YOU DO! Then I can be happy. *sob!*

You are free to respond to what you deem are lies. Have I revoked your posting privileges? But when you start trying to control people? To control me? That's where you lose and lose HARD. When have I threatened you? Instead, you threaten me. That doesn't make me a very happy zombie, Bill. Don't threaten the zombie.

Because she just might have to laugh at you. Again. And again.

And we all know that that's what you really don't like.

So yes. Fuck Off And Die is my response to your attempt at threats and intimidation. Your choice if it's in a fire or not. I have no real preference.