**EXHIBIT 10 – Numerous published comments by Defendant Johnson falsely accusing Plaintiff of being a child pornographer.**

 *BusPassOffice*  February 4, 2015 at 12:25 pm

👍 9  👎 0  ● Rate This

MY sources for all my information comes from – wait for it – Bill Schmalfeldt – he admitted online that his child audio rape fantasies were "explicit" He also said numerous times that they had to meet a penetration standard and in subsequent child rape fantasies even said hey no anal that would be against the law – so to speak – but fondling and oral were okay

So not only did he admit to making child rape pornography he said it was legal child rape pornography because there was no penetration....

Speechless.......

⭐ Like

**Reply**

 **EPWJ** @mayberryville   8 Oct
@OsborneInk former BU Editor Schmalfeld - adjudicated harassment of children, women and rape fantasies of Small Children, any comment?

Details   22 : 33

10/6 2015

 **EPWJ** @mayberryville   6 Oct
@dirtyschnitzel please answer the question, thanking you in advance - were u composing child rape fantasies while mom and wife were dying?

Details   23 : 03

 **EPWJ** @mayberryville   6 Oct
@dirtyschnitzel when both your mom and wife were sadly passing were you still composing rape and sexual assault podcasts of small children?

Details   22 : 26

 **BusPassOffice** <u>December 10, 2015 at 3:07 pm</u>

👍 3  👎 0  ● Rate This

> Bill Schmalfeldt @DeepBrainRadio · 33s34 seconds ago
> Gail is gone. She's not coming back. I am what she would want me to be, a jovial lad trying to make other people smile. It's what I do.
>
> What raping little boy scouts sex audio recordings? Really? "Fingernail reeking of Poo" was written when she was very ill – was that a gift of love to her?
>
> FOCUS answer the question #derp

 BusPassOffice
on **23 November, 2015 at 21:27** said:

👍 28  👎 0  ● Rate This

Hmmmm making statements for Cardinal Management – I am sure Ms Lopez will be watching all activity – they seemed concerned last time we spoke

Called the police on you did they?

Wonder why, could it be that they are concerned with your 6/7/8 restraining orders?

 *BusPassOffice*  December 10, 2015 at 11:51 am

0 0 Rate This

Bill Schmalfeldt @DeepBrainRadio · 23m23 minutes ago
@mayberryville Just want to make sure the correct person gets the… "credit."

Ummm, think the company Microsoft made the decision to ban you for life – I guess that's what "permanently means

★ Like

Reply



*BusPassOffice*     November 2, 2015 at 12:49 pm

11   0   Rate This

Wondering if any of these people know that one of the properties they manage has child porn broadcasting from its premises?

Canticle & Juniper Courts are managed byCardinal Capital Logo
Cardinal Capital Management, Inc.

You may call our on-site manager at 414-744-5878.

Contact Us

Cardinal Capital Management
901 S. 70th Street
West Allis, WI 53214
1 (414) 727-9902

Erich Schwenker – President
Phone: 414-727-9902
Email: **eschwenker@cardinalcapital.us**

Carol Keen, CPM® – Asset Manager

Phone: 414-727-9902
Email: **ckeen@cardinalcapital.us**

Chris Geiger, CPM® – Asset Manager

Phone: 414-727-9902
Email: **cgeiger@cardinalcapital.us**

Joe Thomae, CPM® – Asset Manager

Specialities: Technology and Property Insurance
Phone: 414-727-9902
Email: **jthomae@cardinalcapital.us**

Peter Young – Asset Manager

Phone: 414-727-9902
Email: **pyoung@cardinalcapital.us**

Peggy Attwood – Property Manager/Asset Manager

Phone: 414-395-4472
Email: **pattwood@cardinalcapital.us**

★ Liked by **2 people**

**Reply**

**4/13 2015**


**EPWJ** @mayberryville — 13 Apr
@EndTimesTribune FINAL NOTICE - Ahem DO NOT CONTACT ME, IF YOU DO, I WILL FILE CRIMINAL CHARGES, sicko, filthy perverted scummy clown

Details — 18 : 40


**EPWJ** @mayberryville — 13 Apr
@EndTimesTribune Why do people who write sick twisted child rape based sex stories think they can bother people who don like porn?,

Details — 18 : 39


**EPWJ** @mayberryville — 13 Apr
@EndTimesTribune do not EVER contact me - If I wanted a sick, filthy, twisted butt obsessed pervert to contact me - I'll find one my own

Details — 18 : 33