**EXHIBIT 11 – A post by Defendant Grady, published two days before Plaintiff signed his apartment lease, showing an overhead shot of the apartment complex.**

# Good Afternoon, DUMBFUCK!

Posted: August 26, 2015 | **Author:** Paul Krendler | **Filed under:** Adjudicated Cyberharasser, Adjudicated Cyberstalker, Butthurt, Consequences, DERP, DUMBFUCK, F5F5F5F5, Feldtdown, FUN, Impulse Control, Life Skills, Mockery, Monkey Dance, Reputation Management, Self Awareness FAIL, The Cray | 13 Comments

> On a side note, I can't help but chuckle at how HARD my newly irrelevant detractor is trolling for a response.

I KNOW, RIGHT?

Li'l ole irrelevant me could never, ever get a response from it. It's been doing such a superlative job of ignoring this site (wink, wink) and staying below the radar where I can't see it (nudge, nudge). It's got this newfound self-control now, and it never goes silently trolling where it's not wanted…otherwise how would it know, and why would it care who was trolling it soooo veeeery HARD?

Wait. What?

That's a response?

Oh.

I guess it is, isn't it?

It has called me irrelevant before, and it will call me irrelevant again. Makes no nevermind to me. Because all it's told me so far today is a) it is visiting every day and b) where it is going to live.



Rule #4.

Because DUMBFUCK.

UPDATE – **Irrelevant?**

Let's review:

I trolling sooooo veeeerrrry haaaaard. As promised. Two weeks.

It visits every day from the Crappy WiFi Arms. Every. Day. If it really wants me to go away…Two weeks.

I made a promise, and I will keep it, but not before it holds up its end of the deal. But I know I'll never have to, because…Two weeks…is impossible.

And the clock just reset again. Two weeks.

It will stop. I promise. The only requirement is that it goes away and stops doing this:

