**EXHIBIT 12 – Emails from Defendant Johnson to Ms. Cindy Lopez, apartment manager of the Juniper Courts complex.**



**Astar Capital Management, Inc.**
**CARDINAL**

Cindy Lopez <clopez@astarusa.com>

## Google Bill Schmalfeldt (Juniper apt 108)
1 message

**Stalker Alert** <stalkeralerts@mt2015.com>        Thu, Nov 19, 2015 at 9:19 AM
To: clopez@cardinalcapital.us

From: Stalker Alert <stalkeralerts@mt2015.com>
Subject: Google Bill Schmalfeldt (Juniper apt 108)

Message Body:
Did you guys actually do a BACKGROUND CHECK before admitting Bill Schmalfeldt to apartment 108 of Juniper Court?

Since the Catholics have had so much trouble with pedophiles, you'd think you might think twice before housing a disgusting man who blogged rape fantasies about children (just google "Schmalfeldt cub scouts rape")

Since you guys are on the legal hook for any crimes Schmalfeldt commits, you'd just might want to check out the RESTRAINING ORDERS he's been slapped with in a half-dozen states. (And just check out his record on the Maryland State Courts site.)

Schmalfeldt is a chronic stalker and harasser with an explosive temper. When he victimizes more people, we WILL make sure their lawyers know that YOU knew all about him, but FAILED to sever ties with him.

--
This mail is sent via contact form on Canticle and Juniper Courts http://www.canticlejunipercourts.org/wp



Cindy Lopez <clopez@astarusa.com>

## Google resident Bill Schmalfeldt (Juniper 108)
1 message

**Anonymous** <anonymous@foto.nl1.torservers.net>      Thu, Nov 19, 2015 at 9:29 AM
To: clopez@cardinalcapital.us

Beware of Juniper resident William M. Schmalfeldt. He has a
record of chronic stalking of his imagined "enemies" Sooner or
later, that will include you, and he will victimize, harass
and stalk you and your family. Just google Bill Schmalfeldt for his
record of 6 restraining orders, lengthy criminal complaints
in the Maryland State Courts, and getting fired for blogging
a child-rape fantasy on the internet.

Needless to say, now that you have been warned of Schmalfeldts
criminal tendencies, you will be held responsible in the press
and the civil courts when Schmalfeldt harasses innocent people
using Juniper's shelter and internet connections.

Over the Thanksgiving holiday weekend, Cindy Lopez, the apartment manager for Juniper Court and Canticle Court, received the following anonymous emails. On information and belief, Plaintiff maintains they were sent by ~~William Schmalfeldt of Kensington, MD~~ Defendant Johnson

From: **Concerned Badger** <i1642642@trbvm.com>
Date: Sun, Nov 29, 2015 at 1:43 PM
Subject: safety risk
To: clopez@cardinalcapital.us


From: Concerned Badger <i1642642@trbvm.com>
Subject: safety risk

Message Body:
Does Bill Schmalfeldt in Juniper #108
still have the assault rifle he is brandishing
in this photo?

http://archive.is/A0lMf

Gun owner. Restraining orders in
multiple states. Criminal stalking
record in Maryland. Are you connecting
the dots yet?

--
This mail is sent via contact form on Canticle and Juniper Courts
http://www.canticlejunipercourts.org/wp