# EXHIBIT 13 – Defamatory comments from John Doe and Jane Roe defendants



**Techno Jinxx** *says:*

December 13, 2015 at 12:46 pm

Indeed, Gail's Former Abuser is NOTHING if not full of hypocritical shit.

we've seen it, pointed it out to him and laughed our asses off at him about it, and he still doesn't get it.

★ Like

Reply



**Techno Jinxx** *says:*

December 13, 2015 at 5:10 pm

Truly, Gail's Former Abuser is so funny when he blathering on, making demands, as if anyone was under any obligation to concede anything to him.

Tell ya what Gail's Former Abuser, why don't you stop reading blogs that give you butthurt??
End of discussion.



**MJ** *says:*
December 13, 2015 at 7:13 pm

Same old Bill.

Gets mad when he's mocked, then predictably goes into dox fever, fails miserably, threatens everyone. When no one takes him seriously, he then tries to frame the narrative that he's only had one or two discretions, apologized to everyone including the Stranahans (even though he's never been serious about it) and demands to know what he's ever done.

He's never apologized to Lynn Thomas for accusing her of being Paul Krendler, making personally degrading and misogynist commentary and harassing her and her family. He had no evidence, and it's clear his handlers are amping up pressure because Brett Kimberlin is failing and hoping to get her out of it. Sadly, he doesn't realize just how big a fuckup this will become.

He's never apologized to librarygryffon for his use of her daughter's picture in an unflattering way and making unsubstantiated allegations about a bruise that was evident in the picture. He also made salacious and misogynist comments about her personally.

He has never apologized to David Edgren for using David's son's picture, making unsubstantiated allegations of abuse, and actually sued David for half a million dollars. When it became clear that Edgren was about to take Bill to the cleaners for his fraudulent IFP status, he abruptly made a motion for dismissal with prejudice. Based on David's terms, David would stop talking about Bill and remove all past images and honored his side of the agreement. Bill most recently threatened to drag David back into the fray. Apparently, the honorable man in this is not Bill Schmalfeldt.

He's never apologized to agiledog nor his wife, for dragging her into his private little war that caused problems for agiledog. When Bill saw agiledogs counterclaims, complete with irrefutable claims that a judge could accept and force Bill to defend himself in court, Bill got nervous. The legal writing had far more chance of success. Because Bill's motion to dismiss was signed quickly by the judge, agiledog's counter complaint never got a ruling, and could still be litigated.

Those are just the ones in the last year or so. Historically, there are many more both known and unknown that BIll is very much aware, but if he thinks that he can win a PR battle on Twitter by trying to paint the high road in his own colors, he's very much mistaken. His paint sucks, and unfortunately, his history cannot be undone. He would be wise to never attempt to litigate again. Let's just say, Bill, you should just accept your losses now, get off the internet and enjoy your retirement. You've been given notice more than once; whether you choose to be smart or stupid depends entirely whether you're ready to make the right call and walk away.

## 12 Responses to *Fervid Fantasies of Fulminating*

 **Roy Schmalfeldt** *says:*
December 13, 2015 at 12:49 pm

Cousin Bill:

On everything you are demanding, why don't you go first?

No defamation? Stop defaming.

No mention of wives or family? Stop mentioning wives and family.

Etcetera. Is that simple enough?

Sincerely,
Cousin Roy

★ Liked by 4 people

Reply

50
Case 2:15-cv-01516-NJ   Filed 12/18/15   Page 4 of 13   Document 1-16



**JeffM** *says:*
December 12, 2015 at 9:55 am

Ash

You need to understand. Commerce does not imply revenue although it is admittedly true that SUCCESFUL commerce requires revenue. Because you do not have a virtually unbroken record of failure, you simply do not grasp the full meaning of the term "commerce." Witless Willie has been kind and generous enough to use his extensive experience at failing abjectly in order to improve your vocabulary.

To be polite, you should say, "Thank you, DUMBFUCK."



**A.B.** *says:*
December 12, 2015 at 3:34 pm

If only Bill was as brave as he was in 1976 standing on the beach in North Carolina in his swim trunks with a beer in his hand while Marines were going ashore at Beirut.

 **Vigilans Vindex (@VigilansVindex)** *says:*
December 13, 2015 at 7:45 am





**This Other Latin F*cker** *says:*

December 13, 2015 at 8:24 am

As Bill has amply demonstrated, he has no dignity. Still doing Kimberlin's bidding despite the tiny pedo laughing at him behind his back in court. That right there shows how much dignity Stolen Valor Bill Schmalfeldt can muster up.

★ Liked by 2 people

Reply



**Dr_Mike** *says:*

December 13, 2015 at 10:11 am

While offering to take pictures of the corpse and email it to anyone who gave him an address.

The man really knows how to show respect for a deceased spouse.

★ Like

Reply



**Howard D. Earl** *says:*

December 12, 2015 at 9:33 pm

Not a surprise.

He killed her.



**Perry Mason** *says:*

December 12, 2015 at 8:48 pm

"I don't intend for this series to focus on my loss......because I sure didn't. This is what I tweeted the SAME DAY SHE DIED":



**King of the Honyocks** @TheHonyockKing · Jun 17
June 17, 2015 -- the day I became "The White Widower." Watch for the podcast, starting soon.

Yes, he was the "merry widower" before they even removed her body from the house.

★ Liked by 1 person

Reply



**The Dread Pirate Zombie** *says:*

December 12, 2015 at 9:05 pm

I had forgotten that. Holy Hell.

★ Liked by 1 person

Reply



**Perry Mason** *says:*

December 12, 2015 at 9:09 pm

He used his wife's death as a commercial.

"Coming soon, as soon as the coroner leaves!"

**slp**  December 13, 2015 at 1:17 pm

👍 9  👎 0  Rate This

Does Cardinal management prohibit handbills on their properties?

⭐ Like
Reply

 *Jane*  December 13, 2015 at 1:27 pm

👍 10  👎 0  Rate This

Dunno about that, slp, but it turns out they have a webpage with an **"Our People"** section.

⭐ Like
Reply

*Neal N. Bob*  December 13, 2015 at 1:56 pm

👍 6  👎 0  Rate This

They have no control over the property around Juniper Court. only the municipality does.

I wonder how many Knot boys are among the readers here.

⭐ Like

 *Neal N. Bob*  December 13, 2015 at 3:05 pm

👍 7  👎 0  Rate This

If anyone is s inclined to put up posters around Juniper Court – which I in no CONDONE, mind you, may it would be a shame if this picture were used.



 *Neal N. Bob*     **December 13, 2015 at 11:59 am**

👍 8 👎 0 ⊙ Rate This

I'm getting so forgetful in my dotage! Didn't a DUMBFUCK also say that he was moving to Milwaukee to be closer to his in-laws?

I wonder how much of their information is posted online?

I don't think that a DUBFUCK thought things through before issuing his most recent set of sillly threats.

⭐ Liked by **1 person**

 *This Other Latin F\*cker*     **December 13, 2015 at 9:27 am**

👍 12 👎 0 ⊙ Rate This

Don't forget the tiny pedo is also a self admitted military saboteur. Bill probably finds a kinship due to his exercise of Stolen Valor. They have both spit on our military. One of them may have gotten people killed, the other tried to cheapen others sacrifices by co opting their awards as his own.

⭐ Liked by **6 people**

**Reply**

 **Howard D. Earl** *says:*

December 12, 2015 at 10:38 am

Awww, Shakes.

Have you ever been mistaken for a man?

You whining cunt.

 Liked by 6 people

Reply

 *Vigilans Vindex (@VigilansVindex)*     December 13, 2015 at 10:29 pm

6   0   Rate This



Liked by 1 person

**Reply**

 *Neal N. Bob*     **December 13, 2015 at 3:25 pm**

7   0   Rate This

Don't get me wrong, it might be the only intentionally amusing thing a DUMBFUCK has ever created, but let there be no mistake that a DUMBFUCK *did* create it.

It's almost as if he raped his own sister and demanded from the rapist the satisfaction of a duel.

Just for giggles, we should ALL report turdsrfood to WordPress.

★ Like



**A.B.** *says:*

December 12, 2015 at 3:26 pm

Oh I wonder what a multi-billion dollar company's legal department recommends as a course of action when they suspend an account because the owner was "using [the] account for illegal activity, to spread malware or to view/distribute child pornography"... !!

I doubt they got on AVVO to seek advice.

;D

*Jane*            December 13, 2015 at 9:01 am

👍 15   0   Rate This

I'm confident in speaking for the entire horde on this topic: None of us despise ~~happy its wife died~~ *themerrywidower* because it chose to defend what may be the personification of evil who, from what I've seen, has no intention of ever attempting a different path.

Those who despise ~~happy its wife died~~ *themerrywidower* despise it solely due to its own actions, whether its purpose was defense of a convicted felon and adjudicated pedophile, or any other purpose.

~~Happy its wife died~~ *Themerrywidower* likes to touch upon some of its more egregious actions that caused many in the horde to becoming interested activities, such as repeatedly, and continuously through the present time, attacking grieving parents who'd lost their baby girl; calling various government agencies to file bogus reports to punish them for not bowing to the freak's bullying etc. Or another prominent action that attracted many against the malignant monster's cause was at least threatening another mom with similar reports and loss of custody of her children, for the crime of not providing whatever information the repulsive recreant demanded.

Such behavior attracted many to stand up for those targeted by dementia addled cuckold, but are but two examples of near daily reasons for decent people to stand against the vile worm. It ignores the many times it has contacted people at home, their families, and their employers. It ignores the attacks on its various unread blogs, and numerous suspended twitter accounts. It ignores the daily lies, attacks, smears, and general douchebaggery in which it engages daily.

I could go on and on, as could anyone else in the horde. There are more than two incidents nearly every single day.

⭐ Liked by **4 people**