# EXHIBIT 14 – Potentially libelous, false statements given for publication by Defendant Deeley, Grants Administrator and Office Manager at Defendant, The William G. Irwin Charity Foundation in San Francisco, CA. (Some made, apparently, during work hours on Foundation time and equipment.)



**Dianna** *says:*

December 15, 2015 at 12:46 pm

And always, always with the butt stuff. He can't get through anything without trhowing out a reference to butts, genetalia, or what emerges from either.

★ Liked by 1 person



**Dianna** *says:*

December 15, 2015 at 7:07 pm

Ability? No. Desire? Yes. As proven by the emails AD submitted to the court.

You are also a frequent utterer of threats. You have used "Die in a fire" as a sign off almost as often as you have bizarrely threatened someone and then said, "be well."

Your impotence is all that keeps you from being an extreme threat to everyone around you. Your malice is your most apparent trait.

Liar.



Dianna Deeley on **27 August, 2014 at 20:08** said:

👍 11  👎 0  ⊙ Rate This

Bill Schmalfeldt is a fool and a loud-mouth with no self-control or sense of reality. I am appalled at his behavior.

You have been far more patient than you ought to be.

Reply ↓



### Dianna *says:*

November 27, 2015 at 8:04 pm

No one, but no one, can read that and not congratulate you on your fisking.

i love how it brings its faildox of you into play, just after declaring that it hates no one. Once again displaying the complete lack of self-awareness that makes watching it so fascinating.

BTW, a number of us have sat death beds, some of us more than once. You know what? Not once has it been appropriate to blog, podcast or tweet during that time, as the disgusting ghoul did. *Shudder*.

If that's love, spare me.


librarygryffon
on **12 August, 2014 at 12:41** said:

👍 5  👎 0   Rate This

The dementia must be getting worse.

Reply ↓


Army Vet
on **12 August, 2014 at 12:43** said:

👍 7  👎 0   Rate This

Nah, he's just really, really stupid.

Reply ↓


librarygryffon
on **12 August, 2014 at 12:45** said:

👍 7  👎 0   Rate This

Could it not be both?

Reply ↓


Dianna Deeley
on **12 August, 2014 at 13:11** said:

👍 4  👎 0   Rate This

Possibly — but surely the dementia would lead him to subside into non-sequiturs worse than Pinky's? Instead of stupid lies?



**Pablo** *says:*
December 15, 2015 at 11:11 pm

I am fully at peace with the fact that you're going to die.

★ Like
Reply



**Dianna** *says:*
December 15, 2015 at 7:12 pm

Good.