# EXHIBIT 15 -- Potentially libelous, false statements given for publication by Defendant Gilly.



librarygryffon on **8 April, 2014 at 18:34** said:

👍 10 👎 1   ● Rate This

Unca Biwwy thinks I'm a dim young woman (he really knows nothing about me, does he?) who inadvertantly gives away the plot line, and it's obvious now to him that he's going to be attacked tomorrow, because we've been talking about something bad happening to him tomorrow, Palatine has cleared off the net, so this must be it!

Or at least I think that's what he's trying to say.

If Biwwy would brush up his reading comprehension to the point where he might, just might, get a score on the SATs adequate for an open admission state college, he'd know that we were wondering how much angst he'd be blogging if things don't go well in court for his friend the next two days.

But if he wants to take that as a "death threat", that's his problem, and more fodder for a 5150.

Reply ↓

 *librarygryffon*     April 29, 2015 at 1:45 pm

 9  0  Rate This

I think what I said was that everytime I think it's plumbed the veritable depths of stupidity it drags out a jack hammer and some blasting caps to prove me wrong.

Therefore, while it should be extremely unlikely for it to be stupider than it is at any point, it is working hard, so I will never ever believe it truly impossible for it to get more so.

★ Liked by **3 people**

 librarygryffon
September 21, 2015 at 9:25 am

It's Bill's typical attempt at extortion. *Give me what I want or I will destroy your job/reputation/family.* Even when you know he doesn't have the power to do what he says he's going to do it can be upsetting, which is what he's aiming for. He's an evil, but thankfully impotent, little man who has only one way to feel good about himself: by trying to take down others who he subconsiously knows are better men and women than he could ever hope to be.

Seriously, no local media would ever run with his smear jobs without a lot of checking on their own, and even if Bill's claims were true, they never rise to the level of "public interest" which would make a local paper or broadcast news outlet do anything except consign Bill's "press release" to the circular file. Likewise no local law enforcement is going to go after someone just because they get an incoherent letter from someone who is obviously a crackpot on a vendetta. And neither will any lawyer who wants to keep his or her license to practice.