# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

December 18, 2015

William M Schmalfeldt, Sr
3209 S Lake Dr Apt 108
Saint Francis, WI 53235

Re: Schmalfeldt v. Grady et al
Case No.:15-CV-1516

Dear Mr. Schmalfeldt,

The Clerk's Office received your complaint for filing on December 18th, 2015.

This case has been assigned to the Honorable Magistrate Judge Nancy Joseph. Enclosed is a magistrate judge consent/refusal form for your review. Please complete this form and file with the Clerk's Office **within 21 days of the date of this letter.**

Very truly yours,

Jon W. Sanfilippo,
Clerk of Court

By: s/B.Xiong
    Deputy Clerk

Enclosure