

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

| | |
|---|---|
| WILLIAM M. SCHMALFELDT, Sr.<br><br>Plaintiff,<br><br>v.<br><br>PATRICK G. GRADY, ERIC P. JOHNSON, SARAH "ROSE" PARKER, DIANNA M. DEELEY, THE WILLIAM G. IRWIN CHARITABLE FOUNDATION, NANCY GILLY, and JOHN DOES and JANE ROES,<br><br>Defendants. | CASE NO. 15-C-1516<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE IN REGARDS TO THREE DEFENDANTS, AND WITHOUT PREJUDICE IN REGARDS TO ONE PLAINTIFF<br><br>FRCP 41(a)(1)(A)(i) |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses Defendants Dianna M. Deeley, Nancy Gilly, and The William G. Irwin Charity Foundation[1] with prejudice, each party to bear his/her own costs..

NOTICE IS ALSO GIVEN that as Plaintiff is not 100 percent certain that Defendant Patrick G. Grady is the pseudonymous blogger "Paul Krendler," Plaintiff voluntarily dismisses Defendant Grady without prejudice, each party to bear his own costs.

---

[1] Defendant the William G. Irwin Charity Foundation was incorrectly named as the William G. Irwin Charitable Foundation in the Complaint.

Respectfully Submitted,

DATED: January 28, 2016

William M. Schmalfeldt, Sr.
Plaintiff, *pro per*
3209 S. Lake Dr. Apt. 108
Saint Francis, WI 53235

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon Defendant Deeley's counsel of record by e-mail with their permission and to all other named defendants by placing a copy of the same in the United States Mail, postage prepaid, to their last known address as follows:

PATRICK G. GRADY
1103 Chesapeake Ct.
Palatine, IL 60074

ERIC P JOHNSON
240 Boulton Ln
Paris, TN 38242

SARAH PALMER
501 Redd St.
Reidsville, NC 27320

THE WILLIAM G. IRWIN CHARITY
FOUNDATION
235 Montgomery St., Ste. 711
San Francisco, CA 94191

NANCY GILLY
34 North Rd.
Groton, CT 06340

In Saint Francis, Wisconsin, this 28th day of January, 2015

William M. Schmalfeldt, Sr.
Plaintiff, *pro per*
3209 S. Lake Dr. Apt. 108
Saint Francis, WI 53235