U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2016 FEB -4 P 12:57
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

(Milwaukee Division)

William M. Schmalfeldt, Sr. ) Case No. 15-C-1516
)
Plaintiff pro se, ) **FIRST AMENDED COMPLAINT**
)
v. ) 1. Defamation per se
) 2. False Light Invasion of Privacy
Eric P. Johnson ) 3. Misappropriation of Plaintiff's name and
) likeness on a commercial website
Defendant )
) **JURY DEMAND**
Sarah Palmer )
)
Defendant )
)
Numerous John Does and Jane Roes )
)
Defendants )
)

Now comes pro se Plaintiff William M. Schmalfeldt, Sr. with his first Amended Complaint against the above-named Defendants, and in support thereof alleges the following:

### PARTIES

1. Pro se Plaintiff, William M. Schmalfeldt, Sr., (hereinafter "Plaintiff") is and was at all relevant times a resident of Howard County, Maryland, in the city of Elkridge, until August 22, 2015 at which time he became a resident of Milwaukee County in the city of Saint Francis, Wisconsin. He is a retired Federal Civil Servant, a widower whose wife died on June 17, 2015, a man suffering from Parkinson's disease since 2000.

2. Defendant Eric Johnson, (hereinafter "Defendant Johnson) to the best of Plaintiff's knowledge, is and was at all relevant times a resident of Henry County, Tennessee. His employment situation is unknown to Plaintiff. Defendant Johnson has tweeted and left comments on other blogs as "EPWJ" and "BusPassOffice".

3. Defendant Sarah Palmer, (hereinafter Defendant Palmer) to the best of Plaintiff's knowledge, was a resident of Inyokern, California until late 2015, when she abandoned her husband and one of her two daughters to move to Reidsville, NC. Her employment situation is unknown to Plaintiff.

4. After Plaintiff filed his original complaint with the Court, he sent summons packets to all defendants. Defendant Palmer accepted the package, containing the original complaint, an agreement/refusal to have the case heard by a Federal Magistrate Judge, and a waiver of service form along with a self addressed, stamped return envelope to Plaintiff's address. However, she has missed the deadlines to reply to the waiver of service and to object to having the case heard by a Magistrate Judge.

5. Defendant Johnson refused service of his packet, as described above, and remains to be served at his own expense by the court.

6. Plaintiff lists several John Does and Jane Roes as defendants whose identities will be determined in the discovery process as the court issues subpoenas to their various Internet Service Providers.

## NATURE OF THE CASE

7. Plaintiff is involved in a long-standing dispute with several members of what he believes to be a cult of right wing bloggers. This cult first took notice of Plaintiff when he wrote a series of freelance stories about how the cult was working day and night to put a man who had done his time for serious crimes more than 30 years ago back in jail by inventing reasons, debunked by law enforcement, to interfere with his post-prison career choice as founder of a group dedicated to social justice and voter education.

8. The longer this group's leader railed against the Plaintiff's effrontery to defend in print someone the group deemed as evil, the larger thus group became. Although the leader of this group is not a party to the instant suit, many of his followers chose to remain anonymous in the hopes they could sling mud and suffer no consequences.

9. This cabal of right wing bloggers was enraged when Plaintiff adopted a tactic of using publicly available information to identify his anonymous attackers. Both of the named defendants on the amended complaint were thus identified. After denying for weeks that they had been correctly identified, as the evidence of their true identification became too persuasive to deny, they abandoned the subterfuge and turned their attentions toward ruining the Plaintiff's life.

10. Plaintiff's wife, the late Gail Schmalfeldt, became the preferred target for several of the anonymous bloggers Plaintiff will seek to identify during the course of this case. As the lead member of this cabal held Plaintiff in a state of continual legal peril by filing nearly 400 criminal charges against Plaintiff in the Carroll County, Maryland, Court Commissioner's office, Mrs. Schmalfeldt's personal physician is of the opinion that the stress

being heaped on the family was probably at least partially responsible for kickstarting her long-dormant chronic condition, causing her death on June 17, 2015.

11. When Plaintiff moved from Maryland to Wisconsin in August 2015, largely to make himself less "available" to the head of this gang of right wing bloggers who lives in Westminser, Maryland, the cabal leader's associates picked up the slack by adopting a tactic of contacting Plaintiff. Plaintiff would respond. The cabal members would then file for a "restraining order" claiming Plaintiff had contacted them without their permission, putting them in fear of their lives and safety.

12. As Plaintiff has suffered from Parkinson's disease for 16 years, these members of the right wing blogger gang were full aware of the challenges facing Plaintiff. Since he had lost his primary caregiver in June, they were full aware that traveling unaccompanied and unassisted was difficult for Plaintiff.

13. Plaintiff contends that the reason for these restraining orders in far flung areas like Massachussets, North Carolina, Arizona and elsewhere resulted from a calculated decision by the cabal to hang the albatross of "adjudicated cyberstalker" around Plaintiff's neck, making his charges of being the victim of stalking and harassment less credible.

14. Another tactic adopted by the cabal was to portray Plaintiff as a child pornographer. This allegation comes from three self-produced audio comedy bits, voiced and recorded by Plaintiff in 2013. (Transcripts of these comedy sketches are enclosed as Exhibits 1, 2 and 3.)

15. Defendant Johnson made several written and telephoned contacts with the management of the apartment complex where Plaintiff dwells to "warn" them about the "child pornographer" in their midst. (Exhibit 4)

16. Defendant Johnson also posted the names, home addresses, phone numbers and e-mail addresses of the board members of Cardinal Capital Management, the company that manages the property for the Catholic Sisters of Saint Francis of Assisi.

17. This action is brought for the purpose of holding Defendants responsible for the defamation per se, false light invasion of privacy, and misappropriation of Plaintiff's name and likeness to draw viewers to a commercial website.

## JURISDICTION AND VENUE

18. Plaintiff asserts the same argument for jurisdiction and venue as filed in his original complaint.

## FIRST CAUSE OF ACTION

# LIBEL PER SE

(Wisconsin Statutes § 942-01, Restatement (Second) of Torts § 570 (2013))

(All Defendants)

19. Plaintiff hereby incorporates by reference all paragraphs above.

20. Historically, courts have recognized that certain types of false statements, whether made orally or in print, so readily cause harm that damages may be presumed without additional proof; ergo defamation per se. The Restatement (Second) of Torts[1] defines traditional defamation per se as follows:

> **One who publishes matter defamatory to another in such a manner as to make the publication a slander is subject to liability to the other although no special harm results in the publication imputes to the other:**
> 1. **A criminal offense**
> 2. **A loathsome disease**
> 3. **Matter incompatible with his business, trade, profession or office**
> 4. **Serious sexual misconduct.**

21. Defendant Johnson made several online statements in comments on the blogs of other people in which he accused Plaintiff of the manufacture and sale of child pornography which is a criminal offense and serious sexual misconduct. It is untrue and a ludicrous allegation. (Exhibit 4)

22. On September 28, using his "BusPassOffice" handle, Defendant Johnson made the following allegation[2] accusing Plaintiff) of boy scout rape fantasies, promising to send this information to Vanderbilt University Medical Center (where plaintiff took part in groundbreaking experimental deep brain stimulation surgery as part of a clinical trial [Exhibit 5] and the management of the apartment complex in which Plaintiff lives:

> **It maybe the guy who tied up those boy scouts and raped them repeatedly as described in his last unsold album that no one except a judge and a jury are going to listen too.**
>
> **Nice touch about peeing on them, classy and pornographic kiddie rape fantasies.**
>
> **wonder how that's going to play in court with three raping boyscout fantasies now produced?**
>
> **It has been sent to Vanderbilt, the NHS and will soon be sent to a senior rent assisted apartment complex management and their Milwaukee law firm.**

23. On September 29, Defendant Johnson made the following allegation[3] about Plaintiff:

---

[1] Restatement (Second) of Torts § 570 (2013)

[2] http://thinkingmanszombie.com/2015/09/28/good-morning-dumbfuck-96/

our favorite "above it all" is raping more boy scouts in audio fantasies, thank goodness he actually admits it. Oh and he's harassing [redacted] from his rent assisted senior home and everone (sp)sent this to the management:
@dirtyschnitzel [4]

24. On October 19, 2015, Defendant Johnson made the following allegation about an e-mail allegedly sent by Plaintiff:[5]

If he really sent that email, then he confessed to sending material that can be considered child porn audio, if he didn't send the email, he demonstrated that it is or can be considered child porn

25. On October 28, 2015, Defendant Johnson made the following allegation on a blog post regarding Plaintiff. All the allegations are untrue.[6]

Do you know this guy: He is a creepy staking harassing child porn producer:

He violated the hatch act hundreds of times  He lied to people on XMfan who threatened to report it saying he had extra super secret permission to do so  He threatened to sue them  He graphically described the sex acts of his own daughter  He while his nephew was possibly in military service said his nephew was giving oral sex to men  He graphically described how he would rape a kid for calling him a blue pill popping old man  He insinuated that he was a "federal official" with some kind of arrest authority  He threatened to ruin people by filing false charges with "his friends at Justice" – that is a crime BTW  He made a fake amazon account and wrote a review in my name  He has blatantly used my name in a fake review where he talks about digging up a dead baby and assaulting the father with it, in front of the screaming mother in the most gruesome of fashions  He most likely filed false papers with the federal courts  It can be shown that he lied in a court filing under perjury in both State and Federal Court that he never created child porn  He filed knowingly false charges against Lee Stranahan, John, Me, and a host of others  He claimed that he was going to own all our property  He made sexual comments about an underage girl sitting on her uncles lap which is waiting for a complaint by the Racine Police Department.  He made false claims of abuse of Library Griffon's daughter  He threatened to send people to rape Lee's wife  He made sex tapes of boy scouts soliciting the rape of children by his sick friends who would be aroused by the content  He made a sex tape trying to sell underage girls and someone's wife into sex acts  He falsely accused Lee's wife of prostitution  He threatened and abused women on DailyKos  He took the pictures of a wonderful child in Alaska and made totally inappropriate comments  He harassed and put a picture of a skull over a copyrighted picture of a unrelated family in Arizona and then harassed both parents getting not one but two restraining orders  He falsely accused me of leaving false reviews of his so called "books"  He harassed and had unwanted contact with wife of a commentator gaining him yet another

---

[3] http://hogewash.com/2015/09/29/team-kimberlin-post-of-the-day-933/

[4] @dirtyschnitzel was Plaintiff's Twitter handle at the time

[5] https://billysez.wordpress.com/2015/10/14/so-lemmie-get-this-straight-here

[6] http://thinkingmanszombie.com/2015/10/28/please-welcome-our-not-so-new-staff-contributor/

restraining order He was fired from the examiner, and probably every other online periodical for his twisted degenerate behavior outside of this forum community He admitted to using illegal drugs with his stepson He wrote that he colluded with his superior at the NIH to illegally try to get a full disability pension by falsifying his performance evaluations...... He deleted thousands upon thousands of pages of evidence to avoid prosecution and or civil suits.

26. On November 2, 2015, Defendant Johnson posted this on Defendant Palmer's website[7], listing the names, addresses, phone numbers and e-mail addresses of the board members of Cardinal Capital Management, the company that manages my apartment complex for the Sisters of St. Francis of Assisi, who own the complex:

> Wondering if any of these people know that one of the properties they manage has child porn broadcasting from its premises?
>
> Canticle & Juniper Courts are managed byCardinal Capital Logo
> Cardinal Capital Management, Inc.
>
> You may call our on-site manager at 414-744-5878.
>
> Contact Us
>
> Cardinal Capital Management
> 901 S. 70th Street
> West Allis, WI 53214
> 1 (414) 727-9902
>
> Erich Schwenker – President
> Phone: 414-727-9902
> Email: eschwenker@cardinalcapital.us
>
> Carol Keen, CPM® – Asset Manager
>
> Phone: 414-727-9902
> Email: ckeen@cardinalcapital.us
>
> Chris Geiger, CPM® – Asset Manager
>
> Phone: 414-727-9902
> Email: cgeiger@cardinalcapital.us
>
> Joe Thomae, CPM® – Asset Manager
>
> Specialities: Technology and Property Insurance
> Phone: 414-727-9902
> Email: jthomae@cardinalcapital.us

---

[7] https://billysez.wordpress.com/2015/11/02/insane-behavior-is-insane-and-possibly-actionable-who-knows/

Peter Young – Asset Manager

Phone: 414-727-9902
Email: pyoung@cardinalcapital.us

Peggy Attwood – Property Manager/Asset Manager

Phone: 414-395-4472
Email: pattwood@cardinalcapital.us

27. On December 10, 2015, Defendant Johnson quoted a Tweet made by the Plaintiff and added his own commentary[8]:

> **Bill Schmalfeldt @DeepBrainRadio · 33s34 seconds ago  Gail is gone. She's not coming back. I am what she would want me to be, a jovial lad trying to make other people smile. It's what I do.**
>
> **What raping little boy scouts sex audio recordings? Really? "Fingernail reeking of Poo" was written when she was very ill – was that a gift of love to her?**
>
> **FOCUS answer the question #derp**

28. On January 9, 2016, Defendant Johnson made the following allegation about Plaintiff, again threatening to share his thoughts with the management of the apartment complex where Plaintiff lives[9]:
> **Cardinal Management has been forwarded these tweets – I'm sure they are approving of this horrid use of their name and images for his pornographic tweets**

29. Defendant Palmer is the founder and proprietor of a blog completely devoted to Plaintiff's personal destruction[10]. She claims that she uses the Plaintiff's own words. What she does not tell her readers is that she takes the words out of context and twists them to fit her mold.

29. On January 16, 2016, Defendant Palmer wrote a blog post containing the following[11]:

> **If Bill Schmalfeldt wants us/the world at large to believe that [redacted] and his "cult of personality" are responsible for his wife's death, then Bill Schmalfeldt needs to take responsibility for his obsession with [redacted] that caused his wife's death. I would submit that if Bill Schmalfeldt had not been a creepy cyberstalker cry-bully, there would not have developed anything that Bill Schmalfeldt would decide was a "cult of personality" that would then be responsible for the death of his wife. His wife who BEGGED him to stop**

---

[8] http://thinkingmanszombie.com/2015/12/10/no-such-luck-dumbfuck/

[9] http://thinkingmanszombie.com/2016/01/08/its-really-ok-dumbfuck/

[10] http://billysez.wordpress.com

[11] https://billysez.wordpress.com/2016/01/16/i-just-cant-even-3/

First Amended Complaint, Jury Demand - 7

> harassing [redacted] and to let it go. BEGGED HIM! AND HE REFUSED TO! Husband of the year right here, folks!
>
> If what Bill Schmalfeldt says is true about his wife, then Bill Schmalfeldt ALSO needs to take responsibility for the death of [redacted]. Because reasons. That Bill Schmalfeldt decided were so. Goose, gander, sauce and all that.
>
> Bill Schmalfeldt just forfeited the last scrap of his humanity card. Well done, DUMBFUCK! Well done!

30. Plaintiff's wife, in fact, never "begged" Plaintiff to "stop harassing" anyone. In fact, after years of asking Plaintiff to take no legal action, Mrs. Schmalfeldt was an enthusiastic supporter of a lawsuit Plaintiff filed in the spring of 2015.

30. In a blog post on December 11, 2015[12], Defendant Palmer admitted that she takes words written by Plaintiff out of context to make them more entertaining for her readership:

> Bill, you seem to think that anything that makes you mad is defamation. You said the words. YOU SAID THEM. And I usually try my best to keep them in a reasonable amount of context, although some things just need to be pull-quoted to stand on their own because they are just that LULZY.
>
> In no meaning of the word is quoting your words defamation. Neither is making up hilarious riffs on them. Neither is twisting them, although we really don't need to do that with you, now do we? You do it well enough yourself. And having my own opinion of your words and expressing it isn't defamation either.

31. Because of the actions of these named defendants and others, Plaintiff's online reputation has been permanently scarred. Due to the extensive nature of the harm caused to Plaintiff he asks for $100,000 from each Defendant in assumed damages and $500,000 from each Defendant in Punitive Damages.

**SECOND CAUSE OF ACTION**

**FALSE LIGHT INVASION OF PRIVACY**

(Restatement (Second) of Torts, §652E)

(All defendants)

32. Plaintiff hereby incorporates by reference all paragraphs above.

---

[12] https://billysez.wordpress.com/2015/12/11/bill-thinks-threats-are-reasonable-and-is-then-bewildered-with-the-response-in-return/

33. To prove a claim of false light invasion of privacy, a plaintiff must prove the defendant(s) published the information widely, the publication identifies the plaintiff, it places the plaintiff is a false light that would be highly-offensive to a reasonable person, and the defendant was at fault in publishing the information.

34. Plaintiff easily meets these burdens of proof. Defendant Johnson is entitled to his opinions regarding the comedy sketches written and produced by Plaintiff. He is not free to publicly label Plaintiff as a child pornographer, as child pornography is a specific crime that can be proven or disproven.

35. 18 USC § 2256 provides a very specific definition of what constitutes "child pornography".

> (8) "child pornography" means any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where—
> (A) the production of such **visual** depiction involves the **use of a minor engaging in sexually explicit conduct;**
> (B) such **visual** depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or
> (C) such **visual** depiction has been created, adapted, or modified to appear that an **identifiable minor is engaging in sexually explicit conduct.** (Emphasis added)

36. While claiming some skill as a voice artist, Plaintiff avers that he is not so talented as to convincingly imitate the voice of a minor.

35. The statute is clear that the alleged pornography must be visual in nature. Defendant Johnson claims that the three comedy sketches transcribed in Exhibits 1, 2, and 3, are "audio child pornography."

36. Even in nations that have laws against "audio child pornography," the material must be produced "to elicit sexual gratification in the listener." Listening to Plaintiff imitating former Texas Gov. Rick Perry discussing his sexual history in the Boy Scouts could hardly be called "sexually gratifying." If Defendant Johnson finds such recordings "sexually gratifying," Plaintiff suggests the problem is Defendant Johnson's, not the Plaintiff's.

37. As these allegations were widely published on at least three different blogs, Defendant Johnson clearly fits the definition for "false light invasion of privacy."

37. Defendant Palmer's website defines the Plaintiff as "the fevered ravings of lying, cry-bully Bill Schmalfeldt." This casts the Plaintiff in a false light as he is neither fevered or raving, nor does he lie or cry or "bully" Defendant Palmer.

38. Defendant Palmer, utilizing the latest tactic of the right wing blogger cabal – that being filing for restraining orders in states where the petitioner knows that Plaintiff as respondent will have difficulty getting to due to his 16-years with Parkinson's disease and lack of a travel partner/assistant – secured such an order against Plaintiff on January 28, 2016. In addition to claiming that she had been "harassed" and "placed in fear of her life and/or safety" by Plaintiff, she was also granted a restraining order for her grandson, who was victim of a "shaken baby" incident which, according to the Defendant's estranged husband, was perpetrated by Defendant Palmer's daughter and resulted in bleeding in the brain. Plaintiff is not sure what criteria Defendant Palmer used to depict Plaintiff as being more dangerous to the child than its own mother, but the order is in place for a year and it casts the Plaintiff in the false light of being a "toddler stalker."

39. As Defendant Palmer's website is fairly well-read, she fits the definition of "widely publishing" false light defamation.

40. As "the Internet is Forever" and these allegations will remain online for decades after the court renders a decision, the Plaintiff asks for $250,000 from each defendant for the emotional damage this false light invasion of privacy has caused him.

**THIRD CAUSE OF ACTION**

**MISAPPROPRIATION OF PLAINTIFF'S NAME AND LIKENESS**

(Defendant Palmer)

41. Plaintiff hereby incorporates by reference all paragraphs above.

42. A Plaintiff must establish three elements to hold someone liable for unlawful use of name or likeness:

> **1. Use of a Protected Attribute:** The plaintiff must show that the defendant used an aspect of his or her identity that is protected by the law. This ordinarily means a plaintiff's name or likeness, but the law protects certain other personal attributes as well.
> **2. For an Exploitative Purpose:** The plaintiff must show that the defendant used his name, likeness, or other personal attributes for commercial or other exploitative purposes. Use of someone's name or likeness for news reporting and other expressive purposes is not exploitative, so long as there is a reasonable relationship between the use of the plaintiff's identity and a matter of legitimate public interest.
> **3. No Consent:** The plaintiff must establish that he or she did not give permission for the offending use.

43. Defendant Palmer has made the Plaintiff's name the title of her blog. She has altered the first name in a too-cute-by-half attempt to dodge Plaintiff's demand that she not make use his name as the title of her blog.

44. Defendant Palmer also uses multiple copyrighted images of the Plaintiff on her blog, all photo shopped to further defame the Plaintiff.

45. Defendant Palmer uses the Plaintiff's name and likeness for the exploitative purpose of drawing readers to her blog, where she has a prominent donations button.

46. As Plaintiff is neither a celebrity or a public person and his name has negligible monetary value, Plaintiff prays for an order to Defendant Palmer to remove Plaintiff's name and all images of the plaintiff from the BillySez blog within 10 days of the court's order. In the alternative, Plaintiff ask the court to order Defendant Palmer to close her blog, or issue a court order telling her Internet Service Provider, Wordpress.com, to shut down the blog.

**PRAYER FOR RELIEF**

**WHEREFORE**: Plaintiff prays for judgment against Defendants Johnson and Palmer as follows:

1. Nominal and general damages;
2. Punitive damages;
3. A permanent injunction against Defendants against further defamation, retaliation or casting false light on Plaintiff, and from using his name or image without his permission.
4. For the recovery of Plaintiff's full costs of bringing this suit as provided in 17 USC § 505; and
5. For such additional and further relief, in law and equity, as the court may deem just and proper.

**JURY DEMAND**

Plaintiff hereby requests a jury trial on all issues raised in this complaint

Dated this 3rd day of February, 2016

William M. Schmalfeldt, Sr.
3209 S. Lake Dr., Apt. 108
Saint Francis, WI 53235
414-249-4379
bschmalfeldt@twc.com
*Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Amended Complaint and Exhibits have on this day been sent by mail to Defendants Johnson and Palmer.

William M. Schmalfeldt, Sr.
*Pro Se Plaintiff*