**INDEX OF EXHIBITS**

Exhibit 1 – Transcript of a comedy sketch, "Like Sheep Ravaged by the Homosexual Wolves": written, produced, and voiced by the Plaintiff, that Defendant Johnson has been describing as "audio child pornography."

Exhibit 2 – Transcript of a comedy sketch, "Fingernails Reeking of Poo": written, produced, and voiced by the Plaintiff, that Defendant Johnson has been describing as "audio child pornography."

Exhibit 3 – Transcript of a comedy sketch, "Rick Perry Recalls His Days As a Boy Scout": written, produced, and voiced by the Plaintiff, that Defendant Johnson has been describing as "audio child pornography."

Exhibit 4 – E-mails admittedly sent by Defendant Johnson, alerting the staff at Cardinal Capital Management, the company that manages Juniper Court (the apartment complex in which Plaintiff dwells) that Plaintiff is a "child pornographer" with an "explosive temper".

Exhibit 5 – From Vanderbilt University Medical Center newsletter, lauding Plaintiff and others for participating in experimental Parkinson's disease clinical trial involving brain surgery.