EXHIBIT 1

Transcript of a comedy bit written by Plaintiff in 2013 that Defendant Johnson deems "child pornography." All voices were recorded by Plaintiff, the piece was produced by the Plaintiff, and there were no children involved in the recording or production of this off-color comedy routine.

*(Church organ music wells up – spoken under music.)*

Hello, my most gentle friends. This is the most reverend apostle Bishop evangelist Biff Buford from the First Church of the holy God in Righteousness for His Namesake Assembly of Apostles and Disciples of the One True Jesus. We broadcast from our facilities in East Elbow, Alabama. And although I fear this is much like shutting the barn door after the horse is a God I'm afraid I must warn you about something that it's probably already too late to stop. When the Boy Scouts of America decided to give in to the lure of money which they say they "need" to continue to "pay" for "operation expenses". Instead of doing the Word of the most Holy One True Jesus and God, this became inevitable. We take you now to your typical boy scout camp Jamboree where Jimmy and Kenny are settling down for the night.

*(Fade out church music, fade in nighttime outdoor sounds.)*

K: Gosh Jimmy. I sure had fun being a Boy Scout today.

J: So did I, Kenny. And I am happy that they finally let people like me into the Boy Scouts.

K: What do you mean people like you. Jimmy?.

J: You know Kenny, boys that are attracted to other boys.

K: Well heck, I'm attracted to other boys, too. Girls are ucky!

J: That's not the way I'm talking about, Kenny. I'm talking about sexual attraction. How old are you anyway.

K: Uh, I'm 9 years old.

J: I'm 11. And I already know a lot of stuff, Kenny.

K: Like what, Jimmy?

J: Like you know how when you go if wee-wee it's usually yellow?

K: Yeah?

J: I can show you a way to turn it white. And creamy.

K: That sounds like a neat trick. Is it magic?

J: It will be for one of us.

K: Wait a minute? What are you doing? Why are you pulling my pants down?

J: Well I can't put my pee-pee in your pooter hole when you have your pants up. I

K. I don't want to put you to put your pee-pee in my pooter hole, Jimmy!

J: Well you have to, Kenny. It's the new Boy Scout rule. Ever since they decided to let boys like me in to the Boy Scouts, what they're saying is you have to accept us. And that means you have to accept my pee pee in your pooter hole. understand.

K: (Exasperated) I'm going to go tell the Scoutmaster.

J: Well you go right ahead and do that, Kenny. But you're not going to like what happens.

K: Why? What's going to happen?

J: Well. They'll convene a Scout Council. And you'll beon trial for the crime of non-diversity.

K: Gosh! That sounds bad!

J: Oh, it is bad, Kenny. Everybody wants diversity. You understand?

K: Not really I don't…

T: Hi! I'm Scoutmaster Ted. What's going on here? Why aren't you boys asleep

yet?

J: Well, Gee, Scoutmaster Ted! Little Jimmy over here won't let me put my pee-pee in his poo hole!

T: (Sternly) Is that true, Kenny?

K: Yeah. But I don't want him to put his pee pee into my poo hole!

T: Now Kenny, remember! A Boy Scout must respect diversity.

K: I still don't see what diversity has to do with letting another boy put his pee pee in my poo hole!

J: See, Scoutmaster Ted? He's committing a hate crime. Right here in the Boy Scout Camporee.

T: Remember, Kenny, if you want to stay in the Boy Scouts, you have to follow all the boy scout rules. And that means accepting the fact that. Jimmy is a homosexual. And that means accepting the fact that he is attracted to you and wants to put his pee-pee in your poo hole.

K: Don't I have any say in the matter at all?

T: Why, no!

J: Of course not.

K: Well, if it means getting to stay in the Boy Scouts…

T: Now THAT'S the "can-do" spirit I expect from Troop 69! Oh. Mind if U stay and watch and take some pictures? By the way, I am a heterosexual. Just so you know.

J: That's fine with me if it's OK with Kenny.

K: I don't think anything will ever be OK with me again for the rest of my life.

(Nighttime outdoor sounds fade out, Church music fades in)

B: So you see. Gentle Listener. This is what the Boy Scouts have the sold their souls for: thirty pieces of silver. So that poor little Kenny has to accept Jimmy's pee-pee inches poo hole. Is that what you envisioned when you sent your child off to the Boy Scouts? This is why our country is damned, damned, damned! And the most holy true God of Jesus is going to take out his righteous indignation on us. Just like he did to Sodom and Gomorrah. So be ready for a fiery death, which will come at any time, as God shows us his love by destroying every man woman and child. I am the most reverend apostle Bishop evangelist Biff Buford with this message of peace and love from the First Church of the holy God in Righteousness for His Namesake Assembly of Apostles and Disciples of the One True Jesus. Sleep Well.

(Church music up and out.)