EXHIBIT 2

Another produced comedy routine that Defendant Johnson has deemed "child pornography."

Produced and voiced by Plaintiff.

## FINGERNAILS REEKING OF POO

Hello, I'm Donna Gail Barnyard, a frequent blogger Tea Party Nation website. It seems as if Satan is having his way with America, like a homosexual Boy Scout leader doing terrible things to a naked and bound and gagged terrified young boy scout — in the butt

And that's part of the problem. That is why the so-called "Gay" are so successful in portraying their lifestyle as happy and healthy and normal. It's because we, good, decent. God-fearing Christian Americans that make up the vast overwhelming majority that would have elected the Mormon heretic and that nice Mr Ryan last November if the Kenyan usurper hadn't stolen yet another election. We are too decent to tell you about the things that they do that are far too disgusting they be talked about by decent people where children can hear them.

Did you know that homosexuals urinate on each other? It's true! It's part of some sort of initiation process, I think, like dogs — marking their territory. like this is marking their territory. The newly inducted homosexuals must be urinated on by a circle of men. I'm not making this up. You can find instances of this all over the Internet on sites that I will in no way reveal to you for they are far too revolting to actually exist.

Did you know they play with each other's poop? That's also another fact that is well known among the homosexual community but never discussed in polite society. So when your son comes home from his next boy scout jamboree, pay close attention to his fingernails. Look at him closely. Sniff them. If they smell like poop, then you will know. Better yet, pull your child from the Boy Scouts this instant. Lock them in a room until they are eighteen. Don't let them have any contact with the outside world, except for television that only broadcasts Christian T.V. networks. Then when they're eighteen don't let them join the military since Obama has already outlawed normal, upright, heterosexual (like God intended) people from joining. No, sad to say nothing but homos in the armed services now. Send your children to a nice Christian Academy where they will be shaped into men by other men who know how to deal with young boys with discipline and

firm, rugged manliness, where boys live with other boys like in the rowing galleries on Grecian warships. And they only thing they will ever know is the sting of the taskmasters whip. And the burn of dirty sweat in heir eyes and the constant pounding of the drums. And they will learn to HATE the homosexual lifestyle as the fierce disciplinarians take them and rape them over and over again while beating them And forcing them to rape each other while they watch and drink beer

Goodness. I think we need to turn the air conditioner up a bed. At any rate. There is scientific evidence to support everything I say. The National Institute for the Elimination of Homosexuality issued a study saying that homos are responsible for nearly all sex crimes involving children and homosexuals. And the Institute for the Blaming of all Pedophilia on the Homos cites at the recent studies that prove one hundred percent of all pedophilia is caused by homosexuals. So you can argue with me. But you can't argue with science. Now, armed with the facts, ask yourself. Do you want your son coming in a home from the next Boy Scout Jamboree, soaked in urine with his fingernails reeking of poo? Or do you want your child to grow into a morally straight. normal young man who beats up sissies? I think we all know the answer to that on, don't we?