EXHIBIT 3

Another transcript of a comedy bit performed and produced by Plaintiff that Defendant Johnson deemed child pornography.

(Yellow Rose of Texas up and under)

Hi there. I'm Texas Governor Rick Perry. And I'd like to take a minute of yer time to tell you why I am against lettin' gay kids into the Boy Scouts. I was a boy scout my own self when I was young and growing up on the Texas prairie. Let me tell you something. Nothing will turn you into a real he man faster than spending a week out in the woods with no women folk around fussin' over ya an' telling you what to do. Nothing but boys and man. Everywhere you look, boys and men. Teaching yuh how to tie knots. What to do all of a snake bites ya ya on the weiner. You know you gotta suck that poison right out of their. Yeah our scoutmaster made us practice at a lot on account of the rattley snakes what we had out there. Sittin' around the campfire night telling jokes about Mexicans and Ni(bleep)ers and then once the fire was out we climb into our tents. Four to a tent. And as boys will do that age, we'll play with ourselves. Oh hell yeah. Nothin' wrong with that. We'd beat our peckers like we was mad at 'em. And bein' a curious bunch, some times we'd grab ahold of another feller's pecker and beat it for him just so we could know what it feels like when a woman did that to us some day. That goes for oral sex too. None of that "butt stuff" though.

No one time me in this other young feller was testing to see what a female blowjob would feel like. And we saw this other feller just sittin' there watchin' us. So we snatched his ass up out of the tent. Told everybody else in the Boy Scout Troop what he was doing and give the little faggot an ass whuppin' he never forgot. Imagine. Just sittin' there, watching while two perfectly normal strong, heterosexual boys, practice what get enough blowjob from a woman will feel like some day. And this little homo just sat there watching us. Well, our scoutmaster didn't stand for that kind of stuff. He took that young man back to his tent and when he came out he was crying and in holding down the his backside like he had been whupped in the britches real good. Never did see that kid again. Matter of fact we never saw that scoutmaster again neither.

But that's what I am against allowing the sin of homosexuality to enter into the body of that most purest of pure organizations for boys and by that, I mean the Boy Scouts of America. Texas Governor Rick Perry here, You betcha.