Exhibit 5

- **Are you a patient?** Visit VanderbiltHealth.com (http://www.vanderbilthealth.com)

VANDERBILT UNIVERSITY MEDICAL CENTER

- Monroe Carell Jr. Children's Hospital at Vanderbilt (http://www.childrenshospital.vanderbilt.org/)
- Vanderbilt University School of Medicine (http://medschool.vanderbilt.edu/)
- Vanderbilt University School of Nursing (http://www.nursing.vanderbilt.edu/)
- Vanderbilt University (http://www.vanderbilt.edu/)
- Research at Vanderbilt (http://research.vanderbilt.edu/)
- For Patients and Visitors (http://www.vanderbilthealth.com)
- Resources for Researchers, Employees and Students (http://www.mc.vanderbilt.edu)

# Events honor early patients of novel Parkinson's study

by Leslie Hill (http://news.vanderbilt.edu/author/leslie-hill/) | Thursday, Aug. 23, 2012, 8:24 AM



(http://news.vanderbilt.edu/2012/08/events-honor-patients-of-parkinsons-study/dbs-group-065/)

From left, Wayne Holt, Dale Nevels, Duane Cook and Bill Schmalfeldt are among the group of patients who volunteered for Vanderbilt's study into using deep brain stimulation (DBS) to treat late-stage Parkinson's disease.

Pioneers of Parkinson's disease research are gathering at Vanderbilt University Medical Center today to celebrate the end of a study that was an important first step in the quest to find a way to slow the progression of the degenerative movement disorder.

In 1997, the FDA approved a treatment for late-stage Parkinson's called deep brain stimulation (DBS). The therapy, manufactured by Medtronic, involves a thin wire implanted deep in the brain running to a small pulse

Case 2:15-cv-01516-NJ   Filed 02/04/16   Page 1 of 1   Document 6-6