

February 3, 2016

Clerk of the US District Court
for the Eastern District of Wisconsin
Milwaukee Division
517 E. Wisconsin Avenue Room 362
Milwaukee, WI 53202

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 FEB -4 P 12: 57

JON W. SANFILIPPO
CLERK

RE: SCHMALFELDT v. GRADY, et al, Case #2:15-cv-01516-NJ

Please find enclosed my First Amended Complaint. You have received my motion for dismissal of defendants Grady, Irwin, Deeley and Gilly. This complaint deals only with the two remaining defendants. A redlined copy of the original complaint is also attached.

Defendant Palmer has received her packet with the request for waiver of summons and her acceptance/denial of having the case heard by a magistrate judge. She has not responded to either of those documents within the time limits.

Defendant Johnson has refused service altogether, so I ask the court to serve him at his own expense.

Sincerely,

William M. Schmalfeldt, Sr.
3209 S. Lake Dr., Apt. 108
Saint Francis, WI 53235
414-249-4379
bschmalfeldt@twc.com