NJ

US DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

(Milwaukee Division)

| | |
|---|---|
| William M. Schmalfeldt, Sr. | Case No. 15-CV-1516 |
| Plaintiff pro se, | MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SARAH PALMER SHOULD NOT BE HELD IN CONTEMPT OF COURT |
| v. | |
| Eric P. Johnson | PROPOSED ORDER |
| Defendant | |
| Sarah Palmer | |
| Defendant | |
| Numerous John Does and Jane Roes | |
| Defendants | |

Now comes pro se Plaintiff William M. Schmalfeldt, Sr., who hereby files the following MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SARAH PALMER SHOULD NOT BE HELD IN CONTEMPT OF COURT. The grounds for this motion are set forth fully herein:

1. This Honorable Court sent a service packet/summons issued to Plaintiff on December 21, 2015.

2. Plaintiff followed the requirements set by the Court to send copies of the Complaint, a Waiver of Summons request, and a Consent to Proceed Before a Magistrate Judge form.

3. Pursuant to the provisions of 28 U.S.C. §636)c) and Rule 73 of the Federal Rules of Civil Procedure, a United States Magistrate Judge may, with the consent of the parties, conduct all proceedings in the instant case, including a bench or jury trial and order the entry of judgment.

4. In the instructions attached to the Consent to Proceed Before a Magistrate Judge form, each party to the instant suit is required to fill out the form indicating their acceptance or refusal of having the case heard before a United States Magistrate Judge within 21 days after its receipt.

5. Defendant Johnson has thus far refused service in the instant case, and Plaintiff has moved the Court to serve him with a summons at his expense, as ordered in Rule 4 of the Federal Rules of Civil Procedure.

Case 2:15-cv-01516-NJ    Filed 02/10/16    Page 1 of 2    Document 8
Motion for ORDER TO SHOW CAUSE - 1

6. According to the US Postal Service, Defendant Palmer received and accepted her service packet from Plaintiff on December 28, 2015. (Exhibit 1).

7. The deadline for Defendant Palmer to sign and return the form to this court was January 18, 2016. As of this date, she has neither returned a signed copy of the Consent to Proceed Before a Magistrate Judge, or her Waiver of the Service of Summons forms.

8. The Consent to Proceed Before a Magistrate Judge form, electronically signed by the Honorable William C. Griesbach, Chief Judge for the US District Court, Eastern District of Wisconsin, Milwaukee Division states as follows:

> *"While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntary, the duty to respond to this order is **mandatory**. Your response shall be made to the Clerk of Court only on the reverse side of this notice.*
>
> *"IT IS THEREFORE ORDERED, that you complete this form and file it with the Clerk of Court within twenty-one (21) days from receipt."* (Emphasis on original)

WHEREFORE as the deadline to respond to the Court's order has passed and Defendant Palmer has written about her knowledge of being a defendant in the instant suit on her Internet blog **(Exhibit 2)** and has shown no interest whatsoever in abiding by the orders of this Honorable Court, it is respectfully requested that this motion be granted and for any other relief which this Court deems just and proper.

Respectfully submitted this 8th day of February 2016.

WILLIAM M. SCHMALFELDT, SR
Pro Se Plaintiff
3209 S. Lake Dr., Apt. 108
Saint Francis, WI 53235
(414) 249-4379
bschmalfeldt@twc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of February 2016, a true and correct copy of the forgoing MOTION FOR ORDER TO SHOW CAUSE was sent by First Class U.S. Mail to the Clerk of Courts, as well as to Defendants Palmer and Johnson.

William M. Schmalfeldt, Sr.
*Pro Se Plaintiff*