# USPS Tracking®

**EXHIBIT 1**
Evidence that Sarah Palmer Received her service package including Consent to Proceed Before a Magistrate Judge form on December 28, 2015


Customer Service
Have questions? We


Get Easy Tracking
Sign up for My USPS

Tracking Number: 70140510000059790185



Delivered

On Time
Expected Delivery Day: **Monday, December 28, 2015**

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™

Up to $50 insurance included
Restrictions Apply

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 28, 2015, 9:43 am | Delivered | REIDSVILLE, NC 27320 |

Your item was delivered at 9:43 am on December 28, 2015 in REIDSVILLE, NC 27320.

| | | |
|---|---|---|
| December 28, 2015, 8:12 am | Out for Delivery | REIDSVILLE, NC 27320 |
| December 28, 2015, 8:02 am | Sorting Complete | REIDSVILLE, NC 27320 |
| December 28, 2015, 5:34 am | Arrived at Unit | REIDSVILLE, NC 27320 |
| December 27, 2015, 12:50 am | Arrived at USPS Destination Facility | GREENSBORO, NC 27498 |
| December 24, 2015, 10:19 pm | Departed USPS Facility | OAK CREEK, WI 53154 |
| December 24, 2015, 7:57 pm | Arrived at USPS Origin Facility | OAK CREEK, WI 53154 |
| December 24, 2015, 2:44 pm | Departed Post Office | MILWAUKEE, WI 53207 |
| December 24, 2015, 10:56 am | Acceptance | MILWAUKEE, WI 53207 |


**MJ** *says:*

January 10, 2016 at 8:54 pm

**Exhibit 2**
**Proof, from her own blog**
**that Sarah Palmer is quite aware**
**that she is being sued by**
**Bill Schmalfeldt**



**Cheddar Injection**
@hotcheeseshot

**Follow**

**Plaintiff's Twitter Account**

Sarah, calling me stupid is not going to pull that ample tushie out of the fire. But please, make sure you share that theory with the judge.

7:23 PM - 10 Jan 2016

  

She's never going before the judge in your "LOLSuit: The Search for the Tort of Butthurt" epic drama. And yes, you're stupid, Biwwy.

★ Liked by 3 people

Reply


### The Dread Pirate Zombie *says:*

January 10, 2016 at 9:15 pm

Somehow, I think he has waaaay more of an ample tushie than I've ever had. Now, as ample of a GOWN as I wore this weekend? Yeah, I win that battle – and with pride because I'd like to see him attempt to wear that behemoth! The overdress weighed 10 pounds by itself. lol Although the tent he wore in his Pastafarian portrait was starting to rival it in circumference.

★ Liked by 2 people

Reply


**MJ** *says:*

January 10, 2016 at 9:17 pm

He's jealous that you're ambulatory. He's limited to filming his apartment complex, which is the most exercise he's accomplished in the last few years.