US DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

(Milwaukee Division)

| | |
|---|---|
| William M. Schmalfeldt, Sr. | Case No. 15-CV-1516 |
| Plaintiff pro se, | (Proposed) ORDER TO SHOW CAUSE WHY DEFENDANT SARAH PALMER SHOULD NOT BE HELD IN CONTEMPT OF COURT |
| v. | |
| Eric P. Johnson | |
| Defendant | |
| Sarah Palmer | |
| Defendant | |
| Numerous John Does and Jane Roes | |
| Defendants | |

### ORDER TO SHOW CAUSE

_____, 2016

Upon consideration of the Plaintiff's motion for an ORDER TO SHOW CAUSE WHY DEFENDANT SARAH PALMER SHOULD NOT BE HELD IN CONTEMPT OF COURT, IT IS HEREBY ORDERED that Sarah Palmer shall appear before the United States District Court for the Eastern District of Wisconsin, Milwaukee Division, on the _____ day of _____ 2016, and show cause why she should not be held in contempt for violating this Court's Order, received by Defendant Palmer on December 28, 2015, to complete and file the CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE in the above-captioned case before the January 18, 2016, deadline.

_____

United States District Judge