# UNITED STATES DISTRICT COURT
для the
Eastern District of Wisconsin

| | | |
|---|---|---|
| WILLIAM SCHMALFELDT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:15-cv-01516-NJ |
| SARAH PALMER, ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sarah Palmer and Eric Johnson, Defendants

Date: 03/01/2016

*Attorney's signature*

Aaron J. Walker, Va Bar# 48882, DC Bar #481668
*Printed name and bar number*

P.O. Box 3075,
Manassas, Virginia 20108
*Address*

AaronJW1972@gmail.com
*E-mail address*

(703) 216-0455
*Telephone number*

*FAX number*