UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

WILLIAM SCHMALFELDT,

   Plaintiff,

 v.

SARAH PALMER, ET AL.,

   Defendants.

Case No. 2:15-cv-01516-NJ

## AARON J. WALKER'S CIVIL L. R. 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Sarah Palmer and Eric Johnson, Defendants, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1) Mr. Walker represents Sarah Palmer and Eric Johnson, Defendants.

(2) Both of these defendants are natural persons, and therefore have no parent corporations.

(3) No law firm is expected to appear for either Mrs. Palmer or Mr. Johnson.

Tuesday, March 1, 2016                              Respectfully submitted,

    s/ Aaron J. Walker
Aaron J. Walker, Esq.
*Attorney for Defendants Johnson and Palmer*
Va Bar# 48882
DC Bar #481668
P.O. Box 3075
Manassas, Virginia  20108
(703) 216-0455
(No fax)
AaronJW1972@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 1st day of March, 2016, I served copies of this document on William Schmalfeldt at 3209 S. Lake Drive, Apt. 108, St. Francis, Wisconsin 53235 by mail.

    s/ Aaron J. Walker

2