EXHIBIT 1 — DECLARATION OF BRETT KIMBERLIN

## DECLARATION OF BRETT KIMBERLIN

I Brett Kimberlin declare under penalty of perjury that the following is true and correct pursuant to 28 USC 1746.

1. I first met Aaron Walker in 2011 when he was representing a person named Seth Allen in Montgomery County Circuit Court in Maryland using a fake name, Aaron Worthing. When I could not locate any attorney named that in any Maryland bar registry, I started investigating and eventually learned that he was actually Aaron Walker, the infamous publisher of the Muslim hate blog, Everyone Draw Mohammed, that featured more than 800 vile depictions of the Prophet Mohammed as a terrorist, rapist and pedophile. After I informed the judge about Walker's real identity, Walker followed me out of the courtroom and physically assaulted me and took my iPad from me. This caused me to be admitted to the Emergency Room at Suburban Hospital with a contusion to the eye, back pain, and possible concussion.
2. Following this brutal attack by Walker, he was fired from his job as an attorney after his employer learned of his hate blog. The employer searched his office and found that he had amassed thousands of documents excoriating the Prophet Mohammed, and discovered that he was totally incompetent. The employer hired outside counsel to fire Walker on the spot. I have attached emails from outside counsel describing how absolutely depraved and incompetent Walker is described by the attorney.
3. Walker has retaliated against me with a five year campaign of harassment, stalking and defamation that has resulted in his filing many frivolous suits, criminal charges, and peace orders in various jurisdictions over the past five years, all of which have been dismissed or nolle prossed. I am attaching orders from two of those cases where state Judge Potter excoriated Walker and federal Judge Motz warned him that he faced sanctions because of his misuse of the legal process.
4. Walker has engaged in the unauthorized practice of law by preparing legal documents that were filed in numerous courts in places where he is not licensed to practice. I have a motion in federal court to have him sanctioned for doing that in a case involving a defendant named William Hoge.
5. Walker has falsely accused me of pedophilia on his personal blog, and falsely stated that I was convicted of terrorism in 1980.
6. Walker has prepared documents that were filed in various courts falsely accusing me of a number of crimes. He has lied under oath on many occasions when trying to push his vicious attacks on me and others.
7. Walker has harassed my wife and my teenage daughter to such a degree that my wife filed charges against him for violating Grace's Law, which prohibits a person from harassing a minor online. Walker even tried to follow my daughter on Twitter after repeatedly being told to leave our family alone.

Dated this 4th day of March, 2016

Brett Kimberlin  (301) 320 5921
8100 Beech Tree Rd, Bethesda, MD