EXHIBIT 4 – DEFAMATORY TWEETS FROM DEFENDANT'S COUNSEL AARON WALKER ABOUT PLAINTIFF GOING BACK TO 2013.

Aaron Worthing @AaronWorthing · Jan 17
Is Hillary referring to Schmalfeldt? Cc @wjjhoge @PaulZKrendler

Jeff Rainforth @iResistAll
Hillary: "There should be no person too big to jail."

I agree. Hillary for Prison, 2016.

8 9

Aaron Worthing @AaronWorthing · 21 Dec 2015
I'd say this is the dumbest suit ever, but Bill Schmalfeldt keeps put-doing it cc @wjjhoge twitter.com/gam3newz/statu...

This Tweet is unavailable.

Aaron Worthing @AaronWorthing · 8 Dec 2015
Wait, is Hillary talking about Schmalfeldt, @wjjhoge?

TRP @therightplanet1
#HillaryClinton: "No One Should Be Too Big to Jail": weaselzippers.us/244263-hillary... Followed by "social meeting" w/ Obama

1



**Aaron Worthing** @AaronWorthing · 25 Nov 2015
So **Schmalfeldt** does actually do one thing that benefits others... But only one thing... @wjjhoge

> **Diane B** @dmb1031
> Great news for all you Farters out there, Not only is it healthy for you, it's healthy for all around you 😂😂😂newsner.com/en/2015/11/res...

1

**Aaron Worthing** @AaronWorthing · 28 Sep 2015
Bright man, must be a **Schmalfeldt** cc @wjjhoge

> **The Telegraph** @Telegraph
> Passenger who tried to open plane door at 30,000ft 'thought it was a toilet' telegraph.co.uk/news/aviation/...

In reply to TheFOO - #NeverTrump

**Aaron Worthing** @AaronWorthing · 21 Sep 2015
It's Bill **Schmalfeldt**, #BrettKimberlin's toady, using a new name to get around blocks @PolitiBunny @DocWashburn @michellemalkin @TwitchyTeam

1 View conversation

In reply to Cowboy Socialist

**Aaron Worthing** @AaronWorthing · 21 Sep 2015
Oh, I see, this is Bill **Schmalfeldt** still trolling my timeline. Go away @MPAVictoria @PolitiBunny @DocWashburn @michellemalkin @TwitchyTeam

View conversation

**Aaron Worthing** @AaronWorthing · 15 Sep 2015
Please report @/ih8radio365 for harassment, the latest handle of serial harasser Bill **Schmalfeldt** (remove the "/")

**Aaron Worthing** @AaronWorthing · 15 Sep 2015
Please report Bill **Schmalfeldt** for evading prior bans by creating a new account: @/classichits365 (remove the "/")

1



**Aaron Worthing** @AaronWorthing · 14 Aug 2015

Bill **Schmalfeldt**'s worst nightmare... @wjjhoge @ali @rsmccain

**Breaking News Feed** @pzf

Airline to start weighing passengers.

VIDEO: wp.me/p5bZm6-2HI

2

**Aaron Worthing** @AaronWorthing · 2 Aug 2015

Say, is she single? You know Bill **Schmalfeldt**'s back on the market, as they say... Cc @wjjhoge twitter.com/rsmccain/statu...

This Tweet is unavailable.

**Aaron Worthing** @AaronWorthing · 23 Jul 2015

Btw did you ever denounce your friend Bill **Schmalfeldt** for seeking a prior restraint on his "enemies?" @RogerShuler

View conversation

**Aaron Worthing** @AaronWorthing · 21 Jul 2015

Ahahahahahaha Bill **Schmalfeldt** thinks I wrote Edgrin's motions, too! I'm everywhere! In every case! Cc @wjjhoge



**Aaron Worthing** @AaronWorthing · 15 Jul 2015
Good lord, Bill **Schmalfeldt**'s podcast today is racist. Charlie Chan sh*t @wjjhoge @ali @rsmccain

   

**Aaron Worthing** @AaronWorthing · 6 Jul 2015
Bill **Schmalfeldt** goes the full Kirby Delaughter pic.twitter.com/JUS22skFux

  

**Aaron Worthing** @AaronWorthing · 6 Jul 2015
When **Schmalfeldt**'s wife died, I thot: "he'll either lose the will to fight, or completely flip his sh*t." The latter has happened @wjjhoge

  

 In reply to Ali A. Akbar

**Aaron Worthing** @AaronWorthing · 6 Jul 2015
I thought that was **Schmalfeldt**'s ex wife who said that... @ali @rsmccain @YogiAsbury @fame_hoe @stephensheiko

  

View conversation

**Aaron Worthing** @AaronWorthing · 2 Jul 2015
**Schmalfeldt** is dumb, example # 241 cc @palatinepundit @ariesmurusque @VigilansVindex @BKWatch

6636 Washington Blvd., Lot 71 )
Elkridge, MD 21075 )
*Pro-Se Plaintiff* )
)
v. ) Case # 1:15-cv-01241-RDB
)
PATRICK G. GRADY )
aka "Paul Krendler" )
1103 Chesapeake Ct. )
Palatine, IL 60074 )
Co-defendant )
)
SCOTT HINCKLEY )
aka "Agliedog )
31 Lawton Rd )
Shirley, MA 01464 )
Co-defendant )
)
DAVID EDGREN, Esq. )
1150 S. Grantham Rd. )
Wasilla, AK 99654 )
Co-defendant )
)
"ROY SCHMALFELDT"
Pseudonymous Blogger
Parts Unknown
Co-Defendant

PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DEFAMATION, AND FALSE LIGHT INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, JOINING CO-DEFENDANTS, JURY DEMAND

INTRODUCTION

1. NOW COMES pro-se plaintiff William M. Schmalfeldt, Sr., ("plaintiff") with this first amended complaint to recover damages inflicted by Patrick G. Grady, ("defendant") and joining co-defendants Scott and Louise Hinckley, Jeanette Runyon,

MOTIONS

(a) AMENDMENTS BEFORE TRIAL.

(1) *Amending as a Matter of Course.* A party may amend its pleading once as a matter of course within:

(A) 21 days after serving it, or

(B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f),

2



**Aaron Worthing** @AaronWorthing · 2 Jul 2015

Idiot Bill **Schmalfeldt** doesn't know he can't amend his complain right now

District of Maryland

Brett Kimberlin
*Plaintiff*
v.
Patrick Frey
*Defendant*

Civil Action No. GH 13 3059

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: William Hoge
20 Ridge Road, Westminster, MD 21157
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents in your possession on your computers or in other digital or paper formats related to Patrick Frey and his swatting incident and Brett Kimberlin, including all emails, letters, direct messages or other contacts to and from Mr. Frey, and any audios of your contacts with Mr. Frey from January 2012 through may 2015.

| Place: Brett Kimberlin [redacted] Bethesda, MD 20817 | Date and Time: July 2[illegible], 2015 10 am [illegible] 06/24/2015 3:48 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin, who issues or requests this subpoena, are: same as above, 301[redacted] justicedmp@[redacted]

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the

**Aaron Worthing** @AaronWorthing · 23 Jun 2015

BREAKING: **Schmalfeldt** is a loser... hogewash.com/2015/06/23/qap... cc @rsmccain @ali @AceofSpadesHQ @Patterico @stranahan @ariesmurusque

 2



**Aaron Worthing** @AaronWorthing · 11 Jun 2015
In which Bill **Schmalfeldt** openly commits obstruction of justice cc @palatinepundit @ariesmurusque @rsmccain @ali

Hypothetical question: If you were ordered to appear in another state for a motion hearing for a motion you filed, and you know that if you

6/11/15, 1:48 PM

do not show up, the court will decide the motion in your opponent's favor -- but you ALSO know that you will be arrested for a felony the...

...moment you set foot on that state's soil, what would you do?

I guess I could ask him in person when he comes for his motion hearing.

4 1

**Aaron Worthing** @AaronWorthing · 9 Jun 2015
.@palatinepundit Motion to dismiss **Schmalfeldt**'s dumb suit @Ali @rsmccain @RonColeman @michellemalkin @EWErickson hogewash.com/2015/06/09/in-...

**In Re Schmalfeldt v Grady**
As a favor to Patrick Grady, I hand delivered this motion to the Clerk of the U. S. District Court for the District of Maryland this morning.
hogewash.com

2 1

In reply to #RubioRepublican

**Aaron Worthing** @AaronWorthing · 6 Jun 2015
I will remind you both real brother and Bill **Schmalfeldt** still exist... @corrcomm

1

View conversation



**Aaron Worthing** @AaronWorthing · 3 Jun 2015
**Schmalfeldt** said he didn't want to be there... Ignoring that he filed the case.

1 1

**Aaron Worthing** @AaronWorthing · 3 Jun 2015
BREAKING: no decision today in motion to dismiss hearing in **Schmalfeldt** v @wjj_hoge. If i had to bet, judge Kramer will kick it on venue.

1 1

**Aaron Worthing** @AaronWorthing · 3 Jun 2015
BREAKING: present for the **Schmalfeldt** v @wjj_hoge motion to dismiss hearing. John should win, but will the law be followed.

3 2

**Aaron Worthing** @AaronWorthing · 31 May 2015
Bill **Schmalfeldt**'s "Respect for Human Life" allergic2bull.blogspot.com/2015/05/adjudi... @brainsrsummer @PaulLemmen @palatinepundit @LibraryGryffon @mayberryville

2

**Aaron Worthing** @AaronWorthing · 22 May 2015
In which **Schmalfeldt** goes the full #KirbyDelauter m.fredericknewspost.com/news/politics_... @rsmccain @ali @LADowd @VigilansVindex

Furthermore, he must go back through his entire blog and remove all instances of my name and/or likeness used on his blog without my perm.

5/22/15, 9:55 AM

And Grady/Krendler misses the point completely. I HAVE THE RIGHT TO PUBLICIZE MYSELF! Hoge and Krendler do NOT have the right to...

...use MY name, image, or any other identifying factor, to RAISE MONEY on an admittedly COMMERCIAL WEBSITE!!!

7 2



**Aaron Worthing** @AaronWorthing · 8 May 2015
Apparently Bill **Schmalfeldt** has gotten so fat he thinks of himself in the plural tense @rsmccain @hogewash @ali

Judge was frustrated with my ability to make a point directly, told me I talk too too much. We figured Hoge would be sure to mention THAT!

5/8/15, 1:03 PM

1

**Aaron Worthing** @AaronWorthing · 6 May 2015
I think we found a pro se less competent than **Schmalfeldt** @hogewash @rsmccain @ali

**Matthew Keys** @MatthewKeysLive
The federal judge overseeing the "sue all the gays" lawsuit is an Obama appointee - bit.ly/1Pplj51

1

 **Aaron Worthing** @AaronWorthing · 16 Apr 2015
Judge Jones Gives **Schmalfeldt** His 14th "Last" Warning
allergic2bull.blogspot.com/2015/04/judge-... @PaulLemmen @Pablo_1791

2

In reply to AliSnarkBar

**Aaron Worthing** @AaronWorthing · 16 Apr 2015
No, she did not. She said **Schmalfeldt** had to pursue that w the circuit court @AliSnarkBar @Pablo_1791 @brainsrsummer

1

View conversation

In reply to Brian Eirik Coe

**Aaron Worthing** @AaronWorthing · 16 Apr 2015
No, I think this judge knew **Schmalfeldt** broke the law and chose to give him a break anyway @BrianEirikCoe @brainsrsummer

1

View conversation

**Aaron Worthing** @AaronWorthing · 16 Apr 2015
BREAKING: Bill **Schmalfeldt** initially attempted to plead "diminished capacity." He almost took @rsmccain's advise!

4

**Aaron Worthing** @AaronWorthing · 16 Apr 2015
Clearly, the judge thought **Schmalfeldt** was not being a bad guy in contacting Hoge @brainsrsummer

1

View conversation

**Aaron Worthing** @AaronWorthing · 16 Apr 2015
BREAKING: **Schmalfeldt** found not guilty. Judge claimed he lacked intent. More to come....



Aaron Worthing @AaronWorthing · 16 Apr 2015
I will add I will be surprised if Bill Schmalfeldt serves time, but some kind of probation is very likely, as well as a fine
3
Aaron Worthing @AaronWorthing · 16 Apr 2015
So this morning it Maryland v. Schmalfeldt. Schmalfeldt is reportedly representing himself. Watch here for news.
3
In reply to Katie Scarlet
Aaron Worthing @AaronWorthing · 15 Apr 2015
Yeah, Schmalfeldt is representing himself. I wonder if @rsmccain will say "Plead insanity, Bill." @Katiescarlet2 cc @WatchfulAvenger
1
1
View conversation
Aaron Worthing @AaronWorthing · 7 Apr 2015
Nobody wants to play w Bill Schmalfeldt! @rsmccain @ali @stranahan @TwitchyTeam @wjjhoge
Follow
Grim Weeper
@EndTimesTribune
28 FOLLOWING
0 FOLLOWERS
Grim Weeper's Tweets are protected.
Only confirmed followers have access to @EndTimesTribune's Tweets. Tap the "Follow" button to send a follow request.
3
1



Aaron Worthing @AaronWorthing · 6 Apr 2015
Ahahahahahaha Bill Schmalfeldt has literally zero followers... He's talking to himself! Cc @wjjhoge @WatchfulAvenger
Follow
Grim Weeper
@EndTimesTribune
28 FOLLOWING
0 FOLLOWERS
Grim Weeper's Tweets are protected.
Only confirmed followers have access to @EndTimesTribune's Tweets. Tap the "Follow" button to send a follow request.
1



**Aaron Worthing** @AaronWorthing · 22 Mar 2015
Hey @WatchfulAvenger, I have to think that there is a **Schmalfeldt** joke here somewhere...

1

**Aaron Worthing** @AaronWorthing · 7 Mar 2015
Apparently **Schmalfeldt** is so demented he forgot he told Judge Grimm he was demented @rsmccain

**Schmalfeldt Radio**
@OnlineRadioSRN

Mr. Hoge might want to consider the impact of calling a man suing him for defamation "admittedly demented." I have admitted no such thing.

7:19pm - 7 Mar 15



**Aaron Worthing** @AaronWorthing · 4 Mar 2015
Bill **Schmalfeldt**'s lawsuits against @wjjhoge illustrated with a video m.youtube.com/watch?v=i8owom...

   

In reply to Robert Stacy McCain

**Aaron Worthing** @AaronWorthing · 25 Feb 2015
Ftfy MT @rsmccain: If the Internet were a human body, **Schmalfeldt** would be the anus.

  

View conversation

**Aaron Worthing** @AaronWorthing · 16 Feb 2015
**Schmalfeldt** feels it is okay to contact if it is "nice." He is wrong. Indeed... @FlynnsTake @wjjhoge @rsmccain @ali

content of the contact is irrelevant. If the content was relevant, than it would be dubious under the 1st A. He thought he had a loophole, an excuse to contact John knowing it would irritate him. He was wrong: no loophole @FlynnsTake @wjjhoge @rsmccain @ali





**Aaron Worthing** @AaronWorthing · 23 Jan 2015
Hmm... Looks like **Schmalfeldt** is killing himself... @wjjhoge bit.ly/1GAfQJy



**Are you at risk for a heart attack? The answer may lie in your Twitter ...**
Negative tweet language correlates closely with high rates of coronary heart disease, a new study finds.
motherjones.com

 2     2    



**Aaron Worthing** @AaronWorthing · 9 Jan 2015
I hear Bill **Schmalfeldt** was a beagle in a previous life... @wjjhoge @rsmccain @ali @alumembryriddle @brainsrfood



3    2

Aaron Worthing @AaronWorthing · 10 Feb 2015
Uh, oh, it looks like Schmalfeldt committed perjury... uscourts.gov/uscourts/Forms... @rsmccain

12:35 PM

Loading...

PLAINTIFF IS NOT A PAUPER

ıtiff's Application to Proceed in District Court Without Prepay

) ("Application") shows annual income in excess of $29,000, an

ualify Plaintiff from proceeding as a pauper. Furthermore, on

tiff has not completely revealed all his household income.

ıtiff published his 2013 IRS Form 1040A online. *See* Exhibit A

ension and Social Security income totaling over $38,000 report

),000 discrepancy.

1:09 PM

Bill Schmalfeldt

The fucking weasel Hoge has filed opposition to my motion to proceed in forma pauperis. He hasn't been served yet.

11:31am · 10 Feb 15

Reply to @weltschmerz2015

David Edgren

2

Aaron Worthing @AaronWorthing · 6 Feb 2015
In the name of all that is good & holy, I hope Schmalfeldt never celebrates #WorkingNakedDay cc @wjjhoge @brainsrfood @stephensheiko @ali

3 3

Aaron Worthing @AaronWorthing · 1 Feb 2015
So @CocaCola is going to end all ugliness in the internet? Only if Bill Schmalfeldt finally explodes from fatness #SuperBowl cc @wjjhoge

1

Aaron Worthing @AaronWorthing · 23 Jan 2015
Presently #Schmalfeldt has a peace order in MD, & I think he still has a restraining order in Arizona @wjjhoge @PolitiBunny

1 View conversation

In reply to TheFOO - #NeverTrump

Aaron Worthing @AaronWorthing · 23 Jan 2015
Well you can cite @wjjhoge's cases against #Schmalfeldt. A court ruled that unwanted @ mentions are contact & harassment @PolitiBunny

2 2 View conversation

**Aaron Worthing** @AaronWorthing · 19 Dec 2014
Was that originally **Schmalfeldt**, @wjjhoge? RT @AllyKatEyes: @Liberty_Watch: #EveryOneMakeFunOfKimJongUnDay:

1 3

In reply to David Edgren

**Aaron Worthing** @AaronWorthing · 25 Nov 2014
Never go the full **Schmalfeldt** @DavidEdgren @wjjhoge

3 3 View conversation

**Aaron Worthing** @AaronWorthing · 17 Oct 2014
I was in the same room as Bill **Schmalfeldt** #AndNowIHaveEbola

3 2

In reply to Robert Stacy McCain

**Aaron Worthing** @AaronWorthing · 4 Oct 2014
I am pretty sure **Schmalfeldt** has his own climate... :-) @rsmccain @gregladen @wjjhoge @Patterico @ali @TwitchyTeam

2 View conversation

 In reply to The Telegraph

**Aaron Worthing** @AaronWorthing · 30 Sep 2014
Does **Schmalfeldt** have this problem? RT @Telegraph: Kim Jong Un so fat he fractured his ankles fw.to/aXvAobh

1 2

**Aaron Worthing** @AaronWorthing · 8 Sep 2014
Apparently for Bill **Schmalfeldt**, #RayRice's fatal mistake was not being #BrettKimberlin @wjjhoge @rsmccain @ali

**Bill Schmalfeldt** @ParkinsonsRa... 1h
@KeithOlbermann When an angry woman lunges, a man has options that do NOT include a KO punch to her jaw, bouncing her head off a railing.

**Bill Schmalfeldt** @ParkinsonsRa... 1h
@KeithOlbermann On behalf of every NFL fan, and of every man who loves a woman who was tortured by the abuse of an ex-husband, thank you.



**Aaron Worthing** @AaronWorthing · 5 Sep 2014

Btw there is NO TRUTH to the rumor that hackers found naked pictures of Bill **Schmalfeldt** & then committed suicide. @wjjhoge @ali @rsmccain

   

**Aaron Worthing** @AaronWorthing · 2 Aug 2014

Lawyer calls **Schmalfeldt** a liar and he declares victory. You can't make this up. @wjjhoge @rsmccain @ali

**RADIO NIXON**
@RadioNixonUSA

The mockery comes from an attorney in Alton, Illinois. Hoge's case is like a "bad law school question." Haw!

ce E. Burdick
lectual Property Law Attorney · Alton, IL
Contributor Level 20

I think your facts are likely incomplete a
f a suit was filed for copyright infringement, th
17 USC 411 would require that. That registrati
itten documentation, not just email. Second, th
riting and not just the email. Third, unless both

:s the story I told here. I assu
ıay in fact be some written d
ntiff has shown so far is the

   

**Aaron Worthing** @AaronWorthing · 22 Jul 2014

BREAKING: **Schmalfeldt** denies he is a whale in @wjjhoge's copyright case...@rsmccain @ali @Kimberlinunmask @FlynnsTake

Your honor, I am not a white whale. I am not a starship captain. I am a flesh and blood, living, breathing human being, slowly slipping into an early

 **Aaron Worthing** @AaronWorthing · 6 Jul 2014
So... this just happened in @wjjhoge v. **Schmalfeldt**. Yes, BS wrote it. @FlynnsTake @rsmccain @ali @OwainPenllyn

the Defendant apologizes to the court for lacking the Plaintiff's "Oliver Wendell Jones-esque" grasp of legal issues. However, the Plaintiff's gratuitous insults aside, Defendant has not

  

**Aaron Worthing** @AaronWorthing · 26 Jun 2014
BREAKING: more from @wjjhoge v, **Schmalfeldt** hearing: there was no discussion of @brainsrfood's real ID.

   

**Aaron Worthing** @AaronWorthing · 26 Jun 2014
BREAKING: more from @wjjhoge v, **Schmalfeldt** hearing: #BrettKimberlin was there, again looking like a disheveled homeless man.

  

**Aaron Worthing** @AaronWorthing · 26 Jun 2014
Courtroom is open and cellphone will be off. Watch this feed for news about the @wjjhoge v. **Schmalfeldt** hearing. @rsmccain #BrettKimberlin

   

**Aaron Worthing** @AaronWorthing · 23 Jun 2014
apparently Bill **Schmalfeldt** never heard of exclusivity rights, boycotts & other ways people refuse to let people use their intel property

  

**Aaron Worthing** @AaronWorthing · 23 Jun 2014
Ahahahahahaha Bill **Schmalfeldt** thinks that @wjjhoge can't say this: youtube.com/watch?v=z7X2_V...

**Get off my lawn**
Clint Eastwood in the Trailer for "Gran Torino": http://www.apple.com/trailers/wb/grantorino/large.html
youtube.com

In reply to EPWJ

**Aaron Worthing** @AaronWorthing · 17 Jun 2014
Are you saying #BrettKimberlin's friend Bill **Schmalfeldt** is blaming someone besides a terrorist for the terrorism he commits? @mayberryville

1 2 View conversation

**Aaron Worthing** @AaronWorthing · 13 Jun 2014
No, Bill **Schmalfeldt** no one wants to see you dead. Or naked. Especially not naked @wjjhoge @rsmccain @ali @FlynnsTake

**WMS Radio Network**
@wmsradionetwork

I tried to be reasonable, but how does one be reasonable with people who want to see your dead, naked body impaled on a spike?

6/13/14, 10:51 AM

2 3

In reply to Flynn

**Aaron Worthing** @AaronWorthing · 31 May 2014
There are few things can withstand being Ridden by **Schmalfeldt** for very long... @FlynnsTake @newagerain @palatinepundit @Patterico

1 1 View conversation



**Aaron Worthing** @AaronWorthing · 3 May 2014
But even if you trust #BrettKimberlin's word why doesn't Bill **Schmalfeldt** condemn him for screwing a 16 yo? @rsmccain

forcing him to confront who and what he was. I did not get any pleasure out of that story, except for...

**Bill Schmalfeldt** @PatOmbudsman 6h
One person actually thanked me for exposing his "demons," Remember Jim Henderson, the ACLJ lawyer with a thing for 17-year old boys?

**Bill Schmalfeldt** @PatOmbudsman 6h
...there are the downers. Reporting on a militia group bullying a NW Georgia subdivision, knowing they would continue to do so.

1

**Aaron Worthing** @AaronWorthing · 3 May 2014
Bill **Schmalfeldt** has a problem w some1 having sex w 17 y o boys but not #BrettKimberlin having sex w a 16 y o girl?

forcing him to confront who and what he was. I did not get any pleasure out of that story, except for...



**Aaron Worthing** @AaronWorthing · 21 Apr 2014
Hey @wjjhoge here is **Schmalfeldt** admitting the purpose of his copyright-infringing book is to annoy his enemies...

**Bill Schmalfeldt**
@PatOmbudsman

God, this book is driving the Lickspittles totally batshit. I fucking LOVE it! Good night, Lickspittles. Fear the book. FEAR THE BOOK!

4/20/14, 9:13 PM

**Johnny Capstone** @JohnnyCap... 16h
@PatOmbudsman Ppl being sued for

 1 •••

In reply to WJJ Hoge

**Aaron Worthing** @AaronWorthing · 17 Apr 2014
I am sure **Schmalfeldt** will concede that I was telling the truth in my reporting, right?@wjjhoge @rsmccain @ali @Kimberlinunmask @BomberSues

View conversation

In reply to CO2HOG™

**Aaron Worthing** @AaronWorthing · 13 Apr 2014
Bill "Baghdad Blob" **Schmalfeldt**'s future? @wjjhoge MT @CO2HOG: Day of Truth for 'I Am A Bully' Sign-Holder 27x.net/2m0u

 •••

View conversation



**Aaron Worthing** @AaronWorthing · 11 Apr 2014
that can't be **Schmalfeldt**... There's not nearly enough play doh @OwainPenllyn

In reply to Alan Colmes

**Aaron Worthing** @AaronWorthing · 5 Apr 2014
In fact your boy **Schmalfeldt** actually said I should be beaten for helping #BrettKimberlin's wife escape after he threatened her @AlanColmes

  1 1 View conversation

In reply to Alan Colmes

**Aaron Worthing** @AaronWorthing · 5 Apr 2014
ask your boy **Schmalfeldt** how he supports the convicted terrorist who threatened his wife when she left him. @AlanColmes

1 2 View conversation

**Aaron Worthing** @AaronWorthing · 1 Apr 2014
Exclusive photo showing Bill **Schmalfeldt**'s reaction to the latest charges @wjjhoge @rsmccain @ali @Kimberlinunmask

3 2

In reply to Rain

**Aaron Worthing** @AaronWorthing · 27 Mar 2014
Not the comments but the posts? You bet. And any comments by **Schmalfeldt** as long as he's a contributor @newagerain @AlanColmes @TJBirish84

   1 View conversation



Aaron Worthing @AaronWorthing · 27 Mar 2014
(Cont) @AlanColmes thinks it's journalism to leave out that **Schmalfeldt** harassed his target as a matter of law and was found to have (cont)

5

View conversation

Aaron Worthing @AaronWorthing · 17 Mar 2014
Normally boobs makes any woman easier to listen to. This is why **Schmalfeldt** doesn't understand why no one likes him cc @wjjhoge @rsmccain

1

In reply to Mick Baker
Aaron Worthing @AaronWorthing · 15 Mar 2014
If you removed **Schmalfeldt**'s arse would there be anything left? @MickfromVic @rsmccain @ClareFries @antvq16 @guntotingteabag

1

View conversation

In reply to Lee Stranahan
Aaron Worthing @AaronWorthing · 9 Mar 2014
I'm waiting on **Schmalfeldt** et al to apologize to @rsmccain for claiming he didn't actually move... (Not actually waiting...) @stranahan

1 2

View conversation

In reply to Old Man Butt
Aaron Worthing @AaronWorthing · 9 Mar 2014
Please leave me out of conversations with Bill "Baghdad Blob" **Schmalfeldt** @OldManButt1

1

View conversation

In reply to ✨MissAmiaSays✨
Aaron Worthing @AaronWorthing · 1 Mar 2014
Until everyone loves him (so it'll be a while) MT @MissAmiaSays: @AaronWorthing How many times is [**Schmalfeldt**] going 2 change his name?

1

View conversation

In reply to WJJ Hoge
Aaron Worthing @AaronWorthing · 20 Feb 2014
If **Schmalfeldt** sues I suggest we start Blubbersuesbloggers.com @wjjhoge @rsmccain @ali @Kimberlinunmask @BomberSues

6 4

View conversation



Aaron Worthing @AaronWorthing · 16 Feb 2014
I bet #BrettKimberlin will love seeing **Schmalfeldt** f--- up his case @Katiescarlet2 @wjjhoge

2 1 View conversation

Aaron Worthing @AaronWorthing · 16 Feb 2014
...the police, that his buddy Bill **Schmalfeldt** makes a false call to the police. @wjjhoge

1 View conversation

In reply to Robert Stacy McCain
Aaron Worthing @AaronWorthing · 9 Jan 2014
Question: could Tae Kim end up suing **Schmalfeldt** for defamation, by his falsely suggesting Kim was incompetent? @rsmccain @wjjhoge @ali

3 View conversation

Aaron Worthing @AaronWorthing · 19 Dec 2013
Next, Bill **Schmalfeldt** will sue us for making ppl think he's fat. @fusionaddict @rsmccain @Popehat @Stranahan

181. Defendants' false and defamatory statements and the implications drawn from them concerning Plaintiff are defamatory *per se* because they allege crimes and make Plaintiff appear odious, infamous, and/or frightening.

2

In reply to Robert Stacy McCain
Aaron Worthing @AaronWorthing · 2 Dec 2013
But to hear Bill **Schmalfeldt** tell it, he is free to racistly insult my wife, but @wjjhoge can't call him Cabin Boy. @rsmccain @AlanColmes

1 View conversation

Aaron Worthing @AaronWorthing · 2 Dec 2013
The statute Bill **Schmalfeldt** was citing was a criminal statute, @AlanColmes. He's threatening to file criminal charges for calling him names

 **Aaron Worthing** @AaronWorthing · 2 Dec 2013
Please read the letter for yourself @AlanColmes Bill **Schmalfeldt** is threatening to file criminal charges against a man for calling him names

  2 

**Aaron Worthing** @AaronWorthing · 2 Dec 2013
Hey, @Popehat if you had any doubt that Matt Osborne and **Schmalfeldt** didn't believe in free speech... hogewash.com/2013/12/02/im-... cc @FilmLadd

**I'm Not Making This Up, You Know**
I have just received the following email— Matt Osborne To: hogewash@wjjhoge.com Legal Notice Dear Mr. Hoge: As Section 3-803 of the Maryland Criminal Law Code al...
hogewash.com

   

**Aaron Worthing** @AaronWorthing · 23 Nov 2013
Bill **Schmalfeldt** defender of free speech... Trying to punish blasphemy against Mohammed

**Deep Brain Radio**
@DeepBrainRadio

If one of your comm. officers co-founds an Everybody Draw Mohammed Day blog to blaspheme Muslims isn't that something the Chief should know?

11/23/13, 4:36 PM



**Aaron Worthing** @AaronWorthing · 14 Nov 2013
Lol First Amendment martyr Bill **Schmalfeldt** is claiming a clear parody is defamatory. @Stranahan @wjjhoge



Ah, yes. Sex with my dead mother. How jocular, @wjjhoge. Not at ALL defamatory.



**WMS Broadcasting** @WMSBro... 34m
...a defamatory strip that infers by the title that I have sex with my dead mother? WTF is WRONG with you, @wjjhoge???



**WMS Broadcasting** @WMSBro... 34m
Let me get this straight. @wjjhoge is inviting his readers to read a defamatory "comic" strip by co-defendant @kimberlinunmask...



**Aaron Worthing** @AaronWorthing · 14 Nov 2013
Señor Neckroll is also claiming @wjjhoge lied... By repeating **Schmalfeldt**'s claim he was going to be arrested

Well. What do you know. @wjjhoge lied again. There is no warrant, and the deputy is going to have the summons served the usual way.

11/14/13, 8:04 AM

 **Aaron Worthing** @AaronWorthing · 13 Nov 2013
To quote **Schmalfeldt**: "Harassing people not protected speech. Enjoy jail." Karma's a bitch, ain't it? Cc @Stranahan

Verizon
6:32 PM
99%
Tweet

**Lee Stranahan** @Stranahan 21m
Bill Schmalfeldt : he's so right he's going to jail.

WMS Broadcasting

**WMS Broadcasting**
@WMSBroadcasting

.@Stranahan Won't be the first journalist who went to jail for defending the First Amendment. Won't be the last.

2
1

 **Aaron Worthing** @AaronWorthing · 13 Nov 2013
Ahahahahahaha! So 1) **Schmalfeldt** violates the injunction 200+ times, 2) gets an arrest warrant for it, 3) gets it...

**WMS Broadcasting** @WMSBro... 24m
I wonder what lie @wjjhoge had to tell this time to get the arrest warrant reinstated?

**WMS Broadcasting** @WMSBro... 23m
Just got off the phone with the deputy who told me to "forget about" the @wjjhoge warrant. They want me up there tomorrow. Way to go, Hoge.

**WMS Broadcasting** @WMSBro... 25m
It would seem that @wjjhoge wasn't ready to take "no arrest" for an answer.

 2


**Aaron Worthing** @AaronWorthing · 13 Nov 2013
Sorry **Schmalfeldt**, but "stupid" is not a legal defense @antvq16 @newagerain @wjjhoge

 1 View conversation

**Aaron Worthing** @AaronWorthing · 13 Nov 2013
Do you support how **Schmalfeldt** called @MrsStranahan a whore without any evidence at all, @WomensPrivacy? allergic2bull.blogspot.com/2013/02/brett-...

 

**Aaron Worthing** @AaronWorthing · 13 Nov 2013
Do you support how Bill **Schmalfeldt** attacked @MrsStranahan for losing a child at birth, @WomensPrivacy? allergic2bull.blogspot.com/2013/02/brett-...

  

In reply to Todd Kincannon

**Aaron Worthing** @AaronWorthing · 7 Nov 2013
If twitter really wanted to make themselves look better, they'd suspend adjudicated harasser Bill **Schmalfeldt** @ToddKGulag cc @wjjhoge

 6  View conversation

**Aaron Worthing** @AaronWorthing · 5 Nov 2013
Dear #TGDN, serial block and report abuser Bill **Schmalfeldt** is now writing as @ WMSBroadcasting (remove space). Show some love.

 3 

**Aaron Worthing** @AaronWorthing · 30 Oct 2013
The fact is bad ppl sometimes live long lives. Good ppl sometime die young. And **Schmalfeldt** is an idiot

#topprog #unitebl



**Aaron Worthing** @AaronWorthing · 28 Oct 2013
.@AlanColmes Let me suggest you rely on attorney/blogger @popehat instead of **Schmalfeldt** popehat.com/2013/10/27/ala... cc @Stranahan

**Alabama Blogger Roger Shuler Arrested For Violati...**
There are a few things you should know about Roger Shuler, who blogs at "Legal Schnauzer." First, Shuler is creepy and crazy. (I formed that opinion by reading hi...
popehat.com

2
2

In reply to Alan Colmes

**Aaron Worthing** @AaronWorthing · 28 Oct 2013
Did you know that the "phony rape threat" **Schmalfeldt** talks about was actually made by **Schmalfeldt** and not actually phony? @AlanColmes

2
View conversation

**Aaron Worthing** @AaronWorthing · 28 Oct 2013
@BobBelvedere **Schmalfeldt**'s Terrible "Journalism" allergic2bull.blogspot.com/2013/10/down-d... @bet0001970 @OwainPenllyn @killthecoroner @EWErickson @erikrush

2
1

In reply to Ali A. Akbar

**Aaron Worthing** @AaronWorthing · 21 Oct 2013
Repeat after me: "Bill **Schmalfeldt** is an adjudicated harasser." @ali @halfadam @antvq16 @bet0001970 @rsmccain

5
3
View conversation

In reply to Robert Stacy McCain

**Aaron Worthing** @AaronWorthing · 20 Oct 2013
Why does **Schmalfeldt** continue to engage in defamation per se by falsely claiming we've been charged w a crime? @rsmccain @Kimberlinunmask

2
View conversation

In reply to WJJ Hoge

**Aaron Worthing** @AaronWorthing · 19 Oct 2013
Speaking of... Hey @ali! Did **Schmalfeldt** say anything inaccurate in his book about you? Perchance? @wjjhoge @BeccaJLower

2
View conversation

**Aaron Worthing** @AaronWorthing · 18 Oct 2013
Dear #tgdn, bill **Schmalfeldt** is now tweeting as @ OwainPenllyn1 (remove space). Show some love.

1
1