N3

March 4, 2015

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 MAR -7 P 1: 04

JON W. SANFILIPPO
CLERK

Clerk of the US District Courtd
US District Court for the Eastern District of Wisconsin
Milwaukee Division
517 East Wisconsin Ave, Room 362
Milwaukee, WI 53202

RE: 2:15-cv-01516-NJ

Please accept the enclosed Motion to Disqualify Defendant's Counsel. In the motion, I
ask the court to address this motion before any other motion in this case.

Thank you.

William M. Schmalfeldt, Pro Se
3209 S. Lake Dr. Apt. 108
Saint Francis, WI 53235