# EXHIBIT A

## FROM "LOWERING THE BOOM", March 25, 2013

http://www.beccalower.com/if-youre-so-concerned-about-your-safety-dont-come-to-maryland/

