

EXHIBIT 2

## For Settlement Purposes Only

**Aaron Worthing** <edmd5.20.10@gmail.com>  Wed, May 2, 2012 at 11:26 PM
To: Ron███████ <███████████████>

Ron

I saw today that you offered to testify against Kimberlin because he lied to you about what happened on January 9, 2012. That may be your overture to settle this matter, and I will treat it as such. That is, I am making a settlement offer to you in this email of my suit in Virginia. Of course for legal reasons I have to say that no agreement is final until it is written out and signed by both parties, but we can begin to negotiate a settlement that we can both live with.

But this is what I want from you. I want the entire truth, and you and I both know that it goes far beyond Brett Kimberlin lying to you as you allege. You know that my allegations that there has been a conspiracy involving yourself, Neal Rauhauser, Brett Kimberlin and others, is true.

If you weren't in a conspiracy with Kimberlin, why did you cover for him on the November 14, 2011 perjury? And why indeed would you trust the word of a convicted perjurer? Why did you declare one minute that every person was innocent until proven guilty but then declare me guilty of assaulting Kimberlin?—a charge you know now is false. Why would you trust the word of Neal Rauhauser, who you describe as a hoaxer, that I had been arrested? Those are not the words of a reporter seeking the truth. Those are the words of a shill and my guess is that you are a paid shill.

But it will not be good enough to just give me your word. At this point, your bare word would have no credibility with any court and therefore it would be useless to me. No, you would also have to be able to produce evidence. That would be documents, emails, voice mails, and anything else you have to substantiate what you tell me. That is what you will have to produce in any settlement.

And the evidence I will want will not be limited to what you and your team did to me, but what they did to Patrick, Mandy, Mike Stack, Seth Allen and anyone else. I want you to give me the whole operation, in testimony and in evidence.

In exchange for that, I will ask of you only $20,000 in compensation for your part of all of this and I will be amenable to a reasonable payment plan. Compared to the cost of counsel and the risk of judgment against you, that is a bargain.

legal reasons, of course no agreement is final until it is in writing and signed by both parties. I say that to protect both of us. But what I wrote above is a general outline of what the final agreement could be.

I will give you until Sunday evening to give me an answer. If you have retained counsel, do please inform me and give me his or her contact information so I can direct all future communications to that person.

Respectfully,

Aaron "Worthing"