# EXHIBIT 3

Control No. `1 2 - 0 0 2 2`

.OTE: *This form is set up for continuous typing. You need to use the enter key to move down lines in the item # field or the narrative field.*

NARRATIVE ITEM NO.    (1) Continuation of items (indicate "item no." continued at left), Include additional victims, witnesses and suspects. (2) Describe details of incident (3) Describe evidence or property and indicate disposition.

| | |
|---|---|
| | On 0/09/2012, this writer and several other Deputies responded to the ninth floor of the Judicial Center for a report of a possible fight in progress. Upon arrival Deputies did not observe a fight. Responding Deputies encountered two male subjects standing near each other. One Subject was identified as WALKER, AARON and the other subject was identified as KIMBERLIN, BRETT. Kimberlin alleged that; walker assaulted him and then took his Ipad. Walker alleges that he did take Kimberlin's Ipad, but only to prevent Kimberlin from taking his photograph. |
| | Walker was instructed to return Kimberlin's Ipad, which he did without incident. Kimberlin was advised that because the Deputies did not witness an assault, they could not charge Walker. Kimberlin was further advised to seek out charges on his own by going to a District Court Commissioner, which Kimberlin subsequently did. Kimberlin obtained charges for second degree assault and a peace order against Walker. |
| | Walker submitted a request on 1/11/12 for video footage of the above described events. A review of the footage was conducted by this writer. Due to the poor quality of the playback, this writer was unable to determine if an assault positively did take place. |
| | All the above events took place in Montgomery County, MD |

Page 2 of 2

MCS09-1 0504      S:\FORMS\MCS09-Incident Report

Case 2:15-cv-01516-NJ    Filed 03/14/16    Page 1 of 1    Document 22-3