# EXHIBIT 4

*http://allergic2bull.blogspot.com/2012/05/how-brett-kimberlin-tried-to-frame-me_2100.html*

> During this exchange we had moved out of the courtroom, and into the waiting area outside. Shortly after he said those words, he took about two steps back and with a smirk, he raised his iPad as though to use it. Here's what I wrote about it in my criminal complaint against him, and it is the truth (I will embed it later):
>
>> On January 9, 2012, I was leaving court at the same time as Mr. Kimberlin when Mr. Kimberlin raised his iPad as though to use it. Knowing that Mr. Kimberlin had deep malice toward me and knowing his criminal history, I was afraid he was about to do harm to me so I took the device from him. Because of the malice he had toward me and his criminal record, I believe I had a reasonable fear of bodily harm in that situation, justifying the invocation of self-defense. Even so, I only used the minimum force necessary to protect myself from this perceived danger. Specifically, I snatched iPad from him (he offered no resistance) and kept it from him, without ever once making contact with his body. I did not strike his body with my own. I did not push him. I did not wrestle with him. I did not strike him with the iPad as he later alleges.
>>
>> That was the judgment I made about his conduct when I had no time to think, when I had to make a snap decision. As I waited, holding the iPad away from him I had time to think and to replay the event in my mind. As I thought about it I realized that more than likely Mr. Kimberlin only attempted to take my picture. I concluded that it was unlikely that the device was a bomb because I believe Mr. Kimberlin is too much of a narcissist to ever risk his own life. Therefore when the sheriff's deputies arrived at the scene, I stated my belief that Mr. Kimberlin had taken a picture of me. Mr. Kimberlin denied that this occurred. I asked the officers to inspect the iPad for photographs. I did not see them do this, but they represented that they did, and I trust their word. I asked to inspect it myself, but they refused this request.
>
> So basically I took his iPad out of fear for my safety—he is a convicted bomber after all—and then held it away from him peacefully. Courtroom staff told me that they had called the sheriffs deputies. I don't remember my precise words, but I urged them to do exactly that. And the deputies arrived shortly afterward. At that point I gave back the iPad (giving it to a deputy who passed it along to Kimberlin) and accused Kimberlin of attempting to photograph me, which is against the rules in the courthouse.