# Exhibit 6

*http://allergic2bull.blogspot.com/2012/05/how-brett-kimberlin-tried-to-frame-me_2100.html*

But in fact Kimberlin went a lot further than that. This convicted document forger went as far as to produce fake photographs and fake medical records in an attempt to convince law enforcement that I had so brutally beat him that I put him in the hospital.* In short, he attempted to frame me.

---

\* I say that his medical records and photographs were fakes, as a matter of logic. I know I didn't strike the man once and hopefully by the end of this story you will believe me. So there is no way he was actually injured the way he claimed. So when he produced photographs there are only three logical possibilities, as far as I can see: 1) the photographs are fakes—where he put on makeup or used software Photoshop—to make himself appear bruised when he was not, 2) the photographs are real but were from a prior injury or 3) he was really bruised that day, *but not by me*. Either way, they are fakes. Likewise, Kimberlin's medical records cannot genuinely reflect injuries I gave him, so therefore there are only two possibilities: either this convicted document forger forged medical records, or he was genuinely injured that day, *but not by me*. And in both cases there is the possibility that he had someone beat him up for him, or even caused himself harm. But bluntly, I think it is more likely that the documents were just phony in some fashion. It better fits with the criminal conduct he has engaged in, in the past.