# United States District Court
## EASTERN DISTRICT OF WISCONSIN

---

**William M. Schmalfeldt, Sr.,**

                Plaintiff,

V.                                    Case No. **15-CV-1516**

**Eric P. Johnson, et al.**,

                Defendants.

---

**PLEASE TAKE NOTICE** that the above-entitled case is scheduled for:

**Telephonic Status Conference**

at **2:00 p.m.** on **March 24, 2016**

before **Hon. Nancy Joseph**.

Date: March 21, 2016                      JON W. SANFILIPPO
                                              Clerk of Court

                                              BY: *s/Becky Ray*
                                                       Becky Ray, Deputy Clerk
                                                       (414) 297-3144

The parties shall call the court's conference line at 877-336-1839 and use access code 5188910# to join the call.