## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

WILLIAM M. SCHMALFELDT, SR.,

        Plaintiff,

  v.

ERIC P. JOHNSON, SARAH PALMER,
JOHN AND JANE DOES,

        Defendants.

Case No. 15-CV-1516

**MINUTE SHEET**

---

**Hon. Nancy Joseph presiding.**      **Deputy Clerk:** Becky

**Type of proceeding:** Telephonic Status Conference

**Date:** March 24, 2016      **Court Reporter:**

**Time Commenced:** 2:02:34      **Time Concluded:** 2:15:49

**Appearances:**      **Plaintiff:** William M. Schmalfeldt, Sr. (*pro se*)

                   **Defendants:** Aaron J. Walker

**Comments:**

Court notes high volume of filings at early stage of case. Court needs time to address pending motions in order to keep the case moving forward. Court will address motion to dismiss and proceed from there.

Court <u>ORDERS</u> moratorium on filing. Absent an emergency, neither side is to file anything with the court.

Court instruct the parties to refrain from ad hominem attacks, orally or in writing, as this is a court of law.