UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

WILLIAM SCHMALFELDT,

        Plaintiff,

  v.

ERIC P. JOHNSON, SARAH PALMER,
and JOHN AND JANE DOES,

        Defendants.

Case No. 2:15-cv-01516-NJ

---

## JOINT SUPPLEMENTAL MOTION TO DISMISS UNDER RULE 12(B)(1), (2), (4), (5) AND (6), AND UNDER RULE 4(M)

---

NOW COME Defendants Sarah Palmer and Eric Johnson, by their counsel Aaron J. Walker, Esq., in the above-styled case for the sole purpose of filing this supplemental to their joint motion to dismiss without waiving any rights of jurisdiction, notice, process, service of process, joinder, or venue. They pray that this Court issues an order dismissing the First Amended Complaint (Docket # 6) for failure to provide timely service of process under Fed. R. Civ. P. 4(m), as well as lack of subject matter jurisdiction, lack of personal jurisdiction, failure to provide proper service of process, and failure to state a claim under, Fed. R. Civ. P. 12(b)(1), (2), (4), (5) and (6). The grounds and basis for this supplemental motion are set forth in more detail in the accompanying memorandum of law and the Declarations of Sarah Palmer and Eric Johnson. These Defendants interpret the order of March 31, 2016, as granting leave to file this supplement.

Thursday, April 14, 2016               Respectfully submitted,

                                                         s/ Aaron J. Walker
                                                         Aaron J. Walker, Esq.
                                                         *Attorney for Defendants Johnson and Palmer*
                                                         Va Bar# 48882
                                                         DC Bar #481668
                                                         P.O. Box 3075
                                                         Manassas, Virginia  20108
                                                         (703) 216-0455
                                                         (No fax)
                                                         AaronJW1972@gmail.com

## CERTIFICATE OF SERVICE

I certify that on April 14, 2016, I served copies of this document on William Schmalfeldt by email by his consent.

                                                          s/ Aaron J. Walker