# EXHIBIT A



Aaron Walker <aaronjw1972@gmail.com>

# Question
1 message

**Bill Schmalfeldt** <bschmalfeldt@twc.com>  Tue, Apr 5, 2016 at 1:52 PM
To: Aaron Justin Walker <AaronJW1972@gmail.com>

Good day, sir.

Although I can't currently locate the message, I believe that you once stated that Patrick Grady is not Paul Krendler. It's clear from the communication between you and Krendler and the fact that Hoge received an e-mail message with Krendler's address upon it, that either you, your paralegal, or both of you are aware of Mr. Krendler's true identity. I also know from her communications with me when she believed I was George Howell that your client Sarah Palmer knows Krendler's identity.

So I ask you, gentleman to officer of the court.

1. Do you know Paul Krendler's true identity?
2. Is Patrick Grady of Palatine, IL the blogger known as Paul Krendler?
3. Do you stand by a statement that Grady is not Krendler?

As I believe you have stated before that Grady is NOT Krendler, how can you make a statement like that without knowing who Krendler is?

This is a good place to share that info as Grady is not yet a party to the suit and you would not violate privilege as to my knowledge he is not a client of yours.

I look forward to your response.

Best wishes.


Bill Schmalfeldt