June 27, 2016

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 JUN 29 A 11:27

JON W. SANFILIPPO
CLERK

The Honorable Magistrate Judge Nancy Joseph
United States District Court for the Eastern District of Wisconsin
United States Federal Building and Courthouse
517 E. Wisconsin Ave. Rm. 362
Milwaukee, WI 53202

RE: CASE #: 2:15-cv-01516-NJ

Your Honor:

As of this writing it has been 96 days since your honor issued her moratorium on filing in the above-referenced case. It has been 69 days since the issuing of an order denying my motion for a relaxation on filing.

In the intervening time, I have ascertained the identity of a person I originally wished to include in my complaint. One of the defendants continues to abuse my name and reputation on her website, and the other defendant continues in his efforts to have me expelled from my senior-living apartment complex based on his assertion that my recorded comedy bits amount to child pornography.

Your honor, I would respectfully ask that you lift the moratorium, allow me to file a second amended complaint – a motion you granted in your order of April 20, 2016 but that I withdrew before you issued your order because my motion would have violated your moratorium.

I first filed my original complaint on December 18, 2015. Since then, the misbehavior of the defendants and their attorney has continued and become more aggressive. Attorney Walker has since filed a brief with the Maryland Court of Appeals, the highest court in the state, to repeal the statutes regarding harassment and misuse of electronic communications. His reason being he has been accused by another plaintiff of stalking that plaintiff's teenage daughter. (See http://www.breitbartunmasked.com/2016/06/16/attorney-defends-online-bullies-and-stalkers-of-childen/).

If Your Honor will grant my request to lift the moratorium, I will file a second amended complaint (which you granted on April 20) and will seek to bring this litigation to a conclusion without further obfuscation by defendants' counsel.

Thank you for your consideration.

William M. Schmalfeldt, Sr.