# United States District Court
## Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**WILLIAM M. SCHMALFELDT,**

        **Plaintiff,**

v.                                       Case No. 15-CV-1516

**ERIC P. JOHNSON, SARAH PALMER,
and JOHN AND JANE DOES,**

        **Defendants.**

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

      **IT IS ORDERED** that this action is hereby **DISMISSED** for lack of personal jurisdiction.

                                                Approved:   *s/Nancy Joseph*
                                                                     NANCY JOSEPH
                                                                       United States Magistrate Judge

Dated:  July 1, 2016

                                                                             JON W. SANFILIPPO
                                                                             Clerk of Court

                                                                             *s/L. Cronin*
                                                                             (By) Deputy Clerk